# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.<br><br>*Defendants*. | Case No.: 1:25-cv-01120-DLF |

## JOINT MOTION FOR PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's Minute Order dated April 16, 2025, the Parties have conferred and jointly propose the following briefing schedule for Plaintiff's anticipated Motion for Preliminary Injunction, which is now set for hearing on April 24, 2025.

Plaintiff will file its Motion for Preliminary Injunction on or before Sunday, April 20, 2025.

Defendants will file their Response in Opposition to Plaintiff's Motion for Preliminary Injunction motion on or before Wednesday, April 23, 2025.

To facilitate the above schedule, Plaintiff will waive their Reply in further support of the Preliminary Injunction motion.

The Parties believe that the minor extension beyond the dates contemplated in the Court's Order, two days for Plaintiffs' Motion and one day for Defendants' Opposition, in conjunction with the removal of a Reply, will not impact the Court's ability to prepare for the April 24 hearing since it maintains the same date for the completion of briefing (April 23).

| | |
|---|---|
| Date: April 17, 2025 | Respectfully submitted, |

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ELIZABETH TULIS
Assistant Director
Civil Division, Federal Programs Branch

/s/ *Eitan R. Sirkovich*
EITAN R. SIRKOVICH
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-5525
E-mail: eitan.r.sirkovich@usdoj.gov

*Attorneys for Defendants*

*/s/ Katrina Feldkamp*
Katrina Feldkamp
Allison Scharfstein
Lauren Carbajal
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
(212) 965-2200
kfeldkamp@naacpldf.org
ascharfstein@naacpldf.org
lcarbajal@naacpldf.org

Jin Hee Lee, D.C. Bar No. 1740850
Michaele N. Turnage Young, DC Bar No. 242398
Morgan Humphrey
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC
700 14th Street N.W., Ste. 600
Washington, D.C. 20005
(202) 682-1300
jlee@naacpldf.org
mturnageyoung@naacpldf.org
mhumphrey@naacpldf.org

*Attorneys for Plaintiffs*