UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.<br><br>*Defendants*. | Case No.: 1:25-cv-01120-DLF |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion for Proposed Briefing Schedule, the Court hereby GRANTS the parties' motion and ORDERS that Plaintiff will file its Motion for Preliminary Injunction on or before Sunday, April 20, 2025 and Defendants will file their Response in Opposition to Plaintiff's Motion for Preliminary Injunction motion on or before Wednesday, April 23, 2025.

Dated: _____, 2025

By_____
District Court Judge Dabney L. Friedrich