**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE<br>*Plaintiff*,<br>v.<br>U.S. DEPARTMENT OF EDUCATION, et al.<br>*Defendants*. | Case No.: 1:25-cv-01120-DLF |

**DECLARATION OF BYRON JOHNS**
**(MONTGOMERY COUNTY BRANCH OF THE MARYLAND STATE CONFERENCE OF THE NAACP)**

I, Byron Johns, pursuant to 28 U.S.C. § 1746, declare the following:

1.     I have served as Chair of the Education Committee of the Montgomery County Branch of the Maryland State Conference of the NAACP ("MoCo NAACP") for the last 15 years. Prior to that position, I served as Chair of the MoCo NAACP Parent's Council. I have been a member of the MoCo NAACP since 2001.

2.     I am submitting this Declaration in support of Plaintiff's Motion for a Preliminary Injunction of the February 14, 2025 Dear Colleague Letter, the accompanying Frequently Asked Questions document, and certification requirement (collectively, "Title VI Documents").

3.     The MoCo NAACP, a nonpartisan and nonprofit organization, is a subsidiary of the National Association for the Advancement of Colored People ("NAACP"), which was formed in 1909. The MoCo NAACP was founded in 1937. Currently, the MoCo NAACP has approximately 1,600 registered dues-paying members. Members include parents, guardians and grandparents of minority children enrolled in MCPS and residents who may not have children in school but share the goal of equal educational opportunities for all children. At least 200 of these members serve in various committees within MoCo NAACP.

1

4.      The MoCo NAACP seeks to ensure the political, educational, social, and economic rights of all people; eliminate racial discrimination; keep the public aware of its adverse effects; and take lawful action to secure its elimination.[1]

5.      The MoCo NAACP has been a leading organization in the fight for equality in the Montgomery County Public Schools ("MCPS") for decades.

6.      For example, the MoCo NAACP led efforts in *Gibbs v. Broome*, a 1937 lawsuit against the Montgomery County Board of Education seeking to equalize salaries for Black teachers, which were about half that of white teachers.[2] Thurgood Marshall, founder of the NAACP Legal Defense and Educational Fund, Inc., represented William B. Gibbs, Jr., a teaching principal at Rockville Elementary School, who brought the suit.[3] The case was settled out of court, with MCPS equalizing the teacher salary schedule across race, creed, and color in 1938. The litigation helped lay the groundwork for *Brown v. Board of Education*.

7.      More recently, MoCo NAACP joined litigation to defend race-neutral changes to the admission policies of MCPS' magnet middle schools that were designed to ensure that all students, including Black students, have an equal opportunity to compete for admission to those schools.

8.      The MoCo NAACP is dedicated to the advancement of educational equity for Black children. To advance its goals, the MoCo NAACP has founded or co-founded multiple organizations and initiatives over the years to address the continuing negative impacts of racial

---

[1] *See* NAACP Montgomery County MD Unit, https://naacp-mc.org/index.php/our-mission/ (last visited Apr. 17, 2025).
[2] Gibbs v. Broome, et al. / 1931 Courthouse, The Historical Marker Database, https://www.hmdb.org/m.asp?m=43474 (last visited Apr. 17, 2025).
[3] *Id.*

segregation in MCPS. These include: the NAACP Parents' Council, the NAACP Youth Council, and the Black and Brown Coalition for Educational Equity and Excellence.

9.     The MoCo NAACP founded the Black and Brown Coalition for Educational Equity and Excellence (the "Coalition") in 2019 in response to a study revealing glaring gaps in the allocation of resources to Black, Latino, and low-income students in MCPS. The coalition advocates on behalf of Black, Latino, and low-income students in MCPS. Since its founding, the Coalition has successfully implemented initiatives to advance the education of the students it serves. For example, while schools were shut down due to COVID-19, the Coalition raised $9 million from the local counties to support low-income students after determining that virtual learning would not be an effective solution for all of them.

10.     The Coalition also endeavors to provide opportunities for MCPS students to learn about their history through experiential learning. For the past three years, the Coalition has sponsored a trip to the Smithsonian National Museum of African American History and Culture. Since the trip's inception, the number of participating schools and students has grown. This year, the Coalition was able to bring about 2,500 students from 25 different MCPS schools on the trip. The trip was open to any interested MCPS student. Teachers also came up with creative ways to help the students engage with history, and truthful accounts of it, and experience it in a memorable way. They made the trip a part of lesson plans, the subject of essays, and even created a Bingo card for kids to find exhibits. The Coalition is hopeful that these trips can continue but is concerned that this is precisely the type of programming that could get shut down by the Title VI Documents.

11.     The first NAACP Youth Councils in Montgomery County were formed almost 20 years ago. The NAACP Youth Councils have the goal of preparing the next generation of

community leaders. Towards this end, the Youth Councils provide mentorship, offer scholarships, travel to Historically Black Colleges and Universities ("HBCUs"), and engage in advocacy before the school board regarding racial equity and equitable access to education. MoCo NAACP currently has three Youth Councils. The MoCo Youth Councils assist in furthering initiatives to support MCPS students. For example, MCPS students are required to perform a minimum amount of volunteer hours to graduate high school. The Youth Councils sponsor volunteer opportunities for students to complete their hours, including by staffing the annual HBCU College Fair as well as book fairs and giveaways for students.

12.    The NAACP Parents' Council was founded in 1995 to empower African American and other minority parents to take a more proactive role in the education of their children. The Council is made up of parents, guardians and grandparents of minority children enrolled in MCPS and residents who may not have children in school but share the goal of equal educational opportunities for all children. There are currently about 200 Parents' Council members in the MoCo NAACP. Parents' Council members have children in elementary, middle, and high schools within MCPS.

13.    For at least the last 11 years, the Parents' Council has had yearly meetings with the Superintendent of MCPS and the Montgomery County Board of Education. During these meetings, the Council has testified about issues affecting its members, including racial disparities in resource allocation, academic achievement, discipline rates, attendance zone reassignments, and access to selective programming. Along with the annual meetings, members of the Parent Council also testify year-round at school board meetings and County Council hearings about issues in education.

14.     Most recently, members of the Parents' Council testified about parents needing earlier warnings when it was determined that their children were not performing at grade level. This testimony was in response to a new state regulation that called for third grade students to be held back if they were not reading at grade level. The Parents' Council took on this fight due to staggering racial disparities in literacy rates in Montgomery County. Black and brown students make up almost 56% of the MCPS student body. At all grade levels, more than half of Black students and 2/3 of Latino students are below proficient in literacy levels. The new regulations would necessarily have the effect of holding back a disproportionate number of Black and brown children. The Parents' Council fought for early interventions for children identified as having difficulties with reading and a process for parents to be involved if it was recommended that a child should be held back. Both suggestions became a part of the adopted policy.[4]

15.     Finally, the Parents' Council also hosts annual kickoff events to launch the beginning of the school year. The kickoff events are attended by Parent Council members, the Montgomery County school board, MCPS Central Office staff, and Montgomery County Councilmembers.

16.     The Education Committee also facilitates and sponsors other initiatives to advance MCPS students' educational experiences. For example, every year, the MoCo NAACP holds a scholarship competition that is open to all students in Montgomery County. Each year, the branch is able to award 10-30 scholarships to winning students. The Youth and Parent Councils and the Education Committee help support the scholarship competition through their relationships with eligible students and schools. MoCo NAACP has a Memorandum of Understanding with MCPS

---

[4] Carey M. Wright, Comprehensive Literacy Policy Update, chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://marylandpublicschools.org/stateboard/Documents/2024/0924/Proposed-Literacy-Policy-A.pdf (last visited Apr. 19, 2025)

high schools where the schools help disseminate information about the scholarship and even nominate eligible students. The scholarship is very competitive, with each student being required to write an essay. The winners are chosen by the MoCo NAACP with the help of the Parents' Council.

17.    As Chair, I oversee these organizations, host monthly virtual meetings for the Parents' Council, conduct quarterly meetings with the Coalition, meet with Parents' Council representatives regularly, and maintain relationships with MCPS schools. Through this position, I have built relationships with countless MCPS parents. Because I have served in this position for so long, I know many of the players in the school system, including teachers, superintendents, and other staff and administrators at the 212 MCPS schools.

<u>MoCo NAACP's Members' Children Have Been and Will Continue to Be Harmed by the Title VI Documents</u>

18.    In response to MoCo NAACP initiatives, schools have implemented different strategies to foster inclusive school environments that celebrate the diversity of the MCPS student body. These strategies include the use of inclusive and historically accurate curricula, restorative justice practices in discipline, cultural immersion programs, cultural celebrations, and race-neutral admissions processes aimed at equalizing access to MCPS' selective admission magnet schools. MCPS has also been thoughtful in its hiring of teachers and administrators to ensure that staff reflects the diversity of the MCPS student body. This has sometimes required MCPS to intentionally change its recruitment, hiring, and retention practices to better recruit and support a diverse group of faculty and staff.

19.    In addition, Walt Whitman High School has a program called the Leadership Academy for Social Justice. The program teaches its students the history of civil rights in the United States and includes courses such as African American Studies, Women's Studies,

Introduction to Social Justice and Social Justice through Public Policy.[5] The courses cover topics including "identity and diversity," socioeconomic inequality and poverty in the United States, African history, and feminism.[6] This program is so popular that it can only take 10% of the students who apply for it. Given the program's goal of "advancing social justice in [the student's] local community," the program is threatened by the Title VI Documents, given the Documents' references to social justice.[7] Discontinuing this program would be a loss for the students who wish to enroll and those who are already enrolled in the program.

20.     MCPS also empowers students to form their own groups that further the goal of celebrating diversity and ensuring the success of minority students. One of the most successful student-led groups of this kind is the Minority Scholars Program. In fact, the program has become so successful that all MCPS high schools and most of the middle schools have their own chapters. The Minority Scholars Program puts together an annual event each year which brings all the schools together. The day is entirely student-led, with group members selecting the speakers and activities.

21.     Minority Scholars members have also successfully advocated for the Board of Education to take actions to address incidents involving racial harassment. For example, after an incident where a student printed out the n-word on a thousand pages from the Wootton High School printer and the school did nothing in response, students in the Minority Scholar Program brought the incident to the attention of the school board. They documented every interaction with school administrators and the administrators' lack of response. The students' presentation

---

[5] Leadership Academy for Social Justice, https://www.montgomeryschoolsmd.org/schools/whitmanhs/2020-2021-lasj-information/ (last visited Apr. 19, 2025)
[6] The Leadership Academy for Social Justice
https://docs.google.com/presentation/d/1S6RgY50MHw9RrdxvWeU_3vrqIh47r3U1hvNtpBT7UDY/edit?slide=id.g304256d60df_0_38#slide=id.g304256d60df_0_38 (last visited Apr. 19, 2025)
[7] *See supra* note 5

convinced the school board to take action, which they did by quickly replacing the school's principal. The Minority Scholar Program, which has been vital to its members and the school communities it has improved, is threatened by the Title VI Documents.

22.     As a result of these initiatives, and others described below, MoCo NAACP members are proud to enroll their children in MCPS schools. But MoCo NAACP members are gravely concerned about the effect the Dear Colleague Letter and related guidance will have on their children's educational experiences.

<u>Member A</u>

23.     Member A is a parent to three children in the MCPS system.

24.     Member A's children are currently in the first, third, and fifth grade in the same elementary school.

25.     The elementary school is a diverse community and approximately one quarter of the students are Black. The school promotes academic excellence, social emotional well-being, social justice, and digital responsibility that fosters lifelong learning, respectful and responsible citizens for an antiracist future.

26.     The school also has a lottery-based French Immersion program ("FIP") intended to help diversify the student body at the elementary school by recruiting students in the school district's racial majority but who are in the racial minority at the elementary school, as well as students who are of middle and high socioeconomic status.

27.     In the FIP, students receive their subject matter instruction in the French language. The program is available to students from kindergarten through grade five living in specific high school clusters in the northern part of Montgomery County. The program has diverse teaching staff from all over the world, including many Francophone teachers from African nations.

28.     Diversity in teaching staff is important for students. Member A is frightened by threats to the hiring of diverse teachers.

29.     All of Member A's children have applied to FIP: two are currently enrolled and their third child is on the waitlist for the program.  Their classes have racially diverse students from a variety of cultures, ethnicities, and backgrounds.

30.     Member A's children have benefited greatly from FIP.  In addition to learning a second language, FIP has improved the children's literacy, exposed them to different cultures and a greater diversity of students, and helped them develop lifelong friendships with a diverse cohort of peers.

31.     Member A fears the FIP will come under attack because of its curriculum, which includes bilingual education and culture-specific topics, and because of its goal to further diversity at the elementary school.

32.     The FIP program draws middle and upper-class students to the school, diversifying the elementary school both socioeconomically and racially. Removing the program so that the school's curriculum complies with the Title VI Documents will cause the composition of the student body to become less socioeconomically diverse and may lead the school to becoming a Title I school.

33.     The elementary school also celebrates Latino History Month and Black History Month to acknowledge histories and cultures of its diverse student body.  During these months, teachers decorate the halls and the outside of their classrooms; students go on field trips to museums such as the Smithsonian Institution's National Museum of African American History and Culture; and the school hosts heritage performances where students learn about the history of various cultural dances, histories, and traditions.

34.     Member A fears that the elementary school will cancel Latino History Month and Black History Month celebrations pursuant to the Title VI Documents.

35.     The school also offers a rich curriculum that embraces multiculturalism and antiracism, and students are encouraged to stand up and fight for social justice.  The curriculum includes lessons for first graders on diverse historical leaders and champions of justice. including Dr. Martin Luther King and Mahatma Gandhi and emphasizes the importance of allies standing up to injustice.

36.     The school incorporates a Social-Emotional Learning ("SEL") curriculum, which allows students to develop the skills to understand and manage their emotions, build positive relationships, and make responsible decisions.

37.     Member A fears this curriculum will come under attack because MCPS is trying to comply with the Title VI Documents or because someone may report it to the EndDEI portal. Member A is specifically worried about the latter because they have witnessed the chilling effects of the EndDEI portal and subsequent investigations on other school districts and is fearful that the same could occur in their children's school.

38.     Member A believes engaging with diverse classmates, courses, and languages is important to their children's education because it exposes them to different cultures, backgrounds and experiences, which will help them become better neighbors and citizens.

39.     If Member A's children are no longer able to learn from a curriculum that includes multiculturalism, antiracism, and SEL that emphasizes restorative justice, they will no longer understand their place in history. They will not understand Maryland's history. If they don't learn the stories of freedom fighters like Nelson Mandela, they will not know that they can change the world through non-violence, that they can make the world a better place. If the multicultural

history embedded in the curriculum is removed, all students' understanding of civic participation will be threatened. Member A's children and their peers will no longer be informed citizens.

40.    For over seven years, MCPS has measured discipline disparities by race, and utilized restorative justice and PBIS principles in school discipline in certain schools at the middle and high school level to remedy former racial disparities in discipline.  The school district hired restorative justice specialists for the schools with discipline problems, but these specialists are being pulled back due to budget cuts.

41.    Member A fears further cuts to restorative justice and PBIS efforts will undo the strides made to address and reduce racial disparities within the MCPS.

<u>Member B</u>

42.    Member B is a member of the Montgomery County NAACP Parents' Council and is president of the parent teacher association at her son's middle school.

43.    Member B's son is an eighth-grade student in MCPS.

44.    Member B's son participates in the Minority Scholars Program at his school. The afterschool group is a voluntary program that is open to the entire student body. The group is run by teachers at Member B's son's school. On average, 20-30 students attend each meeting.

45.    During the Minority Scholars Program meetings, the children gather with other students and staff to talk about history and engage in activities and discussions to further the academic success of minority students. The Minority Scholars Program also hosts school events throughout the year. Member B believes this group is a good opportunity for their son to do something positive after school with his friends. Through the program, Member B's son has learned about Black history and gained a supportive network of peers and staff who have been available to help him when he is struggling in a course.

46.    Member B is concerned that the Title VI Documents may cause this program to be disbanded. If it is discontinued, Member B's son would lose out on a positive after-school activity and the opportunity to supplement his education with additional discussions about history and academic skills.

47.    Member B's son's middle school offers African American Studies as an elective course, and the high school Member B's son will attend also offers an African American Studies Course. Member B's son was enrolled in the African American Studies course during the first two years of middle school. He really enjoyed it and plans to take the course in high school as well.

48.    Member B's son's middle school African Americans studies course was one of his favorite courses. He enjoyed learning about American and Black History in school. He was particularly impacted by the class visits to the National Blacks in Wax Museum in Baltimore and the Smithsonian National Museum of African American History and Culture. The information he learned from the museums and through the curriculum was really eye-opening for him. He learned about where African Americans started, how far African Americans have come, and the kinds of programs that were put in place to level the playing field for minorities. Overall, the course gave him a sense of pride in his own history and background as a Black American.

49.    Member B is concerned that schools may eliminate their African American Studies courses to comply with the Dear Colleague Letter and avoid losing federal funds.

50.    The principal at Member B's son's middle school identified that Black girls in the school were being referred for discipline at an alarming rate. In response, he introduced an Excel Beyond the Bell program that offers all students a variety of after school activities, including boxing, cheer, dance, and technology and cooking courses. Students are also provided with a meal.

The program has reduced the discipline rate of Black girls from over 50% to 20%. The program has also improved the climate of the school overall.

51.     The school also has a restorative justice program. The coordinator of the restorative justice program works with children they consider at-risk to identify opportunities to redirect them. The program also created a disciplinary system with levels of progressive discipline. In this system, instead of sending children to the principal's office or employing suspensions or detentions automatically, the child first speaks with the restorative justice coordinator. During those conversations, the coordinator and the child talk about the child's emotions, which behaviors are not appropriate, and how to do better next time. Member B knows of one student who had some disciplinary issues last year but was able to go through the restorative justice program this year and has made improvements.

52.     Member B is concerned that the school may eliminate these programs to comply with the Dear Colleague Letter and may ignore racial inequities going forward in light of the Dear Colleague Letter.

53.     Member B has heard from teachers who are unsure whether these programs will continue in light of the Title VI Documents.

54.     Member B is also concerned that any loss in funds related to noncompliance with the Title VI Documents would make it impossible for the school to fully staff its positions, leading to an overall decline in the quality of education. The potential loss of funds is especially concerning given that their son's school was recently reclassified so that it is no longer a Title I school. Thus, the school will already be losing some funds next year. The loss of additional funding will be hugely detrimental and could impact programs Member B's son relies upon.

<u>Member C</u>

55.     Member C is a parent of three Black children who have attended MCPS schools since kindergarten. Member C is part of the Diversity, Equity and Inclusion Committee of the Montgomery County Council of Parent-Teacher Associations ("PTA") and is a NAACP Parent Representative for the school district.

56.     Member C's oldest child graduated from a MCPS high school and currently attends Howard University. Member C's younger children attend MCPS elementary and middle schools in seventh and fifth grade respectively.

57.     MCPS schools have a robust curriculum that teaches both U.S. and world history, including discussions of systemic and structural racism.

58.     As children of immigrants from Ethiopia, it is important to Member C that their children learn about the history of slavery in the United States to supplement what Member C learned growing up in Ethiopia. Knowing American history, including the history of African Americans and Native Americans, allows Member C's children to be more educated. Member C's children benefit from learning about this history because it helps them to understand their identity as Americans who are Black and empowers them to decide how they will define themselves. It also ensures that they can identify patterns of racism. In sum, learning the complete history of America empowers them to be better citizens and human beings.

59.     Member C worries that truthful lessons and discussions about history will be discontinued as a result of MCPS compliance with Title VI Documents. If these discussions are prohibited, Member C worries that their children will question their identity, history, and their own place in the community and value as Black Americans.

60.     The PTA works with MCPS and the schools themselves to put on these programs, many of which are annual events. The PTA meets with each school's principal once a month to schedule the events and the principal helps share information about the events with students and families. For example, the PTA Diversity, Equity, and Inclusion Committee hosts a Culture and Arts Program. The program sponsors at least five assemblies each year for each grade level. It also hosts various events throughout the school year. These events have included bringing a Jewish storyteller and author to speak to students, an Indian art performance, and a presentation on the multicultural roots of music

61.     The PTA Diversity, Equity, and Inclusion Committee also ensures that all students and families are included and are welcome at the events it sponsors. To do so, the PTA collects data from parents and caregivers through surveys to gain a better understanding of their cultures and languages. The committee then uses this data to send communications and school updates in the parents or guardian's native languages. The Committee is then able to learn about families' different needs and to use that knowledge to ensure the families can fully participate in events. For example, it provides accommodations for students with autism as well as transportation for members of the community who could not otherwise travel to the event.

62.     Member C fears that PTA Diversity, Equity and Inclusion Committee may be disbanded in the Districts' efforts to comply with the Title VI Documents, given that ultimately the MCPS and schools need to give PTA permission to host its events, and the institutions are integral in informing students and their families about the events. This close relationship has thus far been a given, but the Title VI Documents have put the relationship on shaky ground. And, without the Committee, Member C believes that their children would not feel the same sense of belonging. The celebrations put on by the PTA make them feel like they are a part of a community

at school. Without the celebrations, Member C's children would lose the opportunities to connect and become friends with children who are different from them. This could lead to isolation and division in Member C's children's school.

63.    Member C's children's schools also host an "International Night." This is a PTA-sponsored event that is held at the school each May in partnership with parents and caregivers of Member C's child's school, who are responsible for the tables that represent their countries of origin. There are over 50 different countries represented, and each family has a station where they can educate others about their countries and share cultural food or other knowledge.

64.    Member C's family has been part of this annual celebration for the past five years and looks forward to it. Member C's children enjoy making posters, serving food, and sharing their unique culture. They also enjoy visiting the different stations and learning about the various cultures represented in their school community. This event helps foster a sense of community and respect amongst students and families.

65.    Member C fears that the school will cancel International Night pursuant to the Title VI Documents because it celebrates the various cultures represented in the school and is meant to foster diversity and inclusion—terms that are specifically referenced in the Title VI Documents. Without International Night, Member C believes there would be less of a sense of belonging and respect for each other's beliefs in MCPS schools.

66.    Member C's daughter participates in a lunch bunch that the school started in February to address reported feelings of racial isolation among the school's Black girls. During the lunches, students, including Black girls, discuss their feelings, including whether they feel like valued members of the school community.

67.    The school initiated the program because there are a very small number of Black girls in the school, and administrators were concerned that they did not feel visible or valued.

68.    Member C's daughter enjoys these events and benefits from connecting with other Black students. For her, the lunches have been the start of understanding her identity and experience as a Black girl.

69.    Member C fears that MCPS will cut this program to comply with the Title VI Documents because the group provides support for Black girls and seeks to improve their experience at the school, Without the group, Member C's daughter will not have a space to speak freely about her experience as a Black girl and learn more about ideas such as cultural identity, social media, and self-image. Given that these are newer concepts for her, she has only begun to observe how her experiences as a Black girl are different than that of other children. Without the program, she will not be able to talk about these new ideas and may feel invisible and confused.

70.    Member C's eldest daughter participated in the Minority Scholars Program from 2022 to 2023. Among other benefits, the program offered students of color the opportunity to learn about college and higher education.

71.    Member C's daughter enjoyed the Minority Scholars Program because it connected her with people who looked like her, but who also may have had different experiences from her.  Member C's younger children plan to enroll in the Minority Scholars Program when they are eligible.

72.    Member C fears this program will be cut because even though it is open to all, it specifically provides support for minority students. Cutting the program pursuant to the Title VI Documents would be a vital loss of resources for minorities, including Member C's younger

children. They will lose the opportunity to develop leadership and academic skills that will help them become better students and citizens.

73.    Member C's daughter's elementary school implemented a Restorative Justice Program in 2021.

74.    After George Floyd's death, the school principal felt the program was necessary to support minority groups in the school and to make all students feel more included in the school community.

75.    The Restorative Justice Program has benefited Member C's children in that they have not seen students be punished more harshly and more frequently because of their race.

76.    For example, when one student was called a racial slur, the school used restorative justice practices to respond effectively to the incident. Their response helped both of the students involved and helped to create a more supportive environment. Additionally, restorative practices reduce student exclusion and restore a positive learning environment for everyone involved, including bystanders.

77.    Member C believes that the atmosphere at their daughter's elementary school has since improved now that the process for discipline is  more equitable.  This progress will be lost if the school returns to traditional discipline models which seems to be in line with the Title VI Documents.

78.    Member C worries that the school may return to exclusionary discipline policies in an effort to comply with the Title VI Documents. Such policies disproportionately effect Black students and students of color. Without disciplinary policies aimed at, and proven to, upset those policies, Member C is worried that their children may be unfairly targeted for discipline because of the color of their skin when they reach high school.

79.     Member C's daughter's elementary school has made efforts to recruit a wider pool of applicants for faculty openings. These efforts are needed, because the staff primarily consists of white women, which does not reflect the racial makeup of the students in the school.

80.     Seeing more people of color would make Member C's kids feel more like they belong. Member C is worried the school will cut these efforts to comply with the Title VI Documents. Without this effort to recruit and retain more diverse faculty, Member C's kids will wonder why there are no people who look like them in positions of power and question whether they can be a teacher or get a degree because there are no role models. The lack of Black and brown faculty could make them give up on their dreams.

81.     Member C's oldest daughter attends Howard University. Howard notified students and parents that they will investigate whether any of their programs violate the Title IV Documents.

82.     At Howard, Member C's daughter is involved in Black studies and Black arts courses. In these courses, she has learned about Black writers, poets, musicians, and other creatives that have shaped this country and its culture. These studies teach students of all backgrounds about the Black American experience; they allow for discussion about identity and how the students can relate to or empathize with each other. Member C's daughter has learned valuable lessons about the history of this country without undue censorship.

83.     Member C's daughter is worried that without courses like this, there won't be safe spaces for conversations about the Black American experience to happen comfortably. Instead, she could be subject to heavily censored history lessons spread dangerous misinformation and do not allow young Black students who are navigating a prejudiced world share their experiences with other young students like them.

84.     This experience is helping her relate to Black American history as a daughter of immigrants. In the past she has felt confused because she doesn't have the same experience as Black descendants of American slavery. She did not have a space to have conversations about this topic and to truly understand the Black American experience. However, her courses at Howard teach her how to relate to and understand others and share her experiences as a Black woman.

85.     Member C and her daughter worry these courses will be cut or censored in an effort to comply with the Tile VI Documents. Without Black studies and Black art courses, Member C's daughter's self-esteem, her sense of citizenship, and her ability to stand up against discrimination in her workplace will be negatively impacted.

86.     Member C's daughter is also a Founders Scholar at Howard University. The Founders Scholarship is a partial scholarship awarded to students based on academic achievement.

87.     Member C is worried that the scholarship will be terminated because it is a program at an HBCU aimed at the students who typically attend HBCUs—Black students. If the administration decides to cut HBCU funding, which Member C believes may happen given that HBCUs were created for Black people, their daughter will lose a lot of the money used to support her education.

88.     Member C's daughter has shared that her friends are also concerned that their scholarships and other DEI programs will be cut due to compliance with the Title VI Documents.

<u>Member D</u>

89.     Member D is a member of MoCo NAACP.

90.     Member D's daughter is a fourth-grade student in Montgomery County Schools.

91.    Member D has served as a Cluster volunteer for a group of elementary and middle schools in Montgomery County for the past five years. In this role, Member D works with the schools to facilitate conversations and identify needs and potential areas for advocacy.

92.    Member D's daughter's school is intentional about inclusive teaching. At school, their daughter is exposed to a curriculum that includes teaching history from diverse perspectives. Her history lessons include learning about Black, Latino, Asian American, and Native American roles and contributions to the United States.

93.    It is important to Member D and his spouse that their daughter receive this kind of well-rounded education, as they know it is important for her to understand how people from different groups have different perspectives and may require different support to survive and thrive.

94.    The inclusive curriculum at Member D's daughter's school is not limited to history. Earlier in the school year, the school librarian curated a list of 20 books that students were encouraged, but not required, to read before spring. Reading books on this list exposed Member D's daughter to Chinese culture in a way that he believes he never could have. The list also included books about Korean and Native American Families. Member D believes education about diverse cultures is important so his daughter can build empathy for others as well as see herself as a Black child in success stories.

95.    Member D's daughter's school also incorporates lessons in their curriculum about important events and figures during Black History Month, Hispanic Heritage Month, and Asian & Pacific American Heritage History Month.  The lessons have taught Member D's daughter about slavery, the Trail of Tears, Chinese workers' contributions to the country's railroads, and Cesar Chavez.

96.     Member D is concerned that the guidance in the Title VI Documents will cause these programs, which are centered on learning about diverse cultures and truthful accounts of history, to be cut. Without this inclusive curriculum, Member D's daughter will no longer have access to learning about cultures different from her own and may not be able to learn about and appreciate the contributions of Black and other minority Americans to the country.

97.     Further, Member D is concerned about how the Title VI Documents will affect his daughter in her future educational endeavors.

98.     While Member D's daughter's school does not offer affinity groups or a Black Student Union, he is hopeful she will be able to join one as she gets further along in her education.

99.      Member D is also concerned that if schools are banned from teaching about racial discrimination truthfully, she may not understand why there is less Black representation in college. Additionally, he is concerned that she may not be able to benefit from programs that try to remedy that discrimination.

100.    Member D and their spouse are also worried about the effect the Letter may have on HBCUs. They are both HBCU alums and have firsthand experience regarding how important it is for Black students to have a space to focus on studying and other important parts of the college experience that is free from the discrimination and bias that occurs in predominantly white institutions. It is important to him that his daughter has the choice to attend an HBCU in the future.

<u>Member E</u>

101.    Member E is a member of the MoCo NAACP.

102.    Member E's daughter attends elementary school and their son attends middle school in MCPS.

103.    Member E is also a member of the PTA at their daughter's elementary school and is also a Cluster Coordinator for a group of schools in Montgomery County. Coordinators support their schools and advocate for their needs and are overseen by the Montgomery County Council Parent Teacher Association ("MCC PTA"). The MCC PTA is an association of local PTAs that advocates for the "education and welfare of children, families, and schools in Montgomery County, ensuring that the issues of concern to our community are raised with Montgomery County Public Schools, the Montgomery County Board of Education (BOE), Montgomery County Council and the Maryland General Assembly."[8]

104.    Member E's Cluster is one of the most diverse in the county and is comprised of more first generation, immigrant, and minority students than other Clusters.

105.    MCPS operates After the Bell programs in Member E's Cluster schools which include extracurriculars for students. These programs are valuable for students whose families may be below the poverty line or whose parents need to work late hours.

106.    MCPS schools have incorporated teaching about systemic racism in their curriculum. For example, Member E's children were assigned homework to interview their parent about topics such as whether they had ever been discriminated against because of their skin color or religion.

107.    Additionally, all schools in Member E's Cluster adopted a restorative justice policy.

108.    Member E has seen the benefits of the restorative justice program. At Member E's son's middle school, the program has been effective in engaging and deescalating students, particularly Black boys. Many students in Member E's Cluster have been shaped by social and

---

[8] Montgomery County Council of Parent-Teacher Associations, What We Do, https://www.mccpta.org/about-mccpta-what-we-do (last visited Apr. 19, 2025)

economic situations created and enforced by systemic racism on the part of the government. The restorative justice policy takes this context into account and takes intentional steps to address racial disparities. This Cluster needs restorative practices because they help to equalize students' experiences of education and access to resources.

109.    Member E fears that the school district will cease efforts to reduce disparities across all schools by taking away these programs pursuant to the Title VI Documents.

110.    Along with cluster-wide programs, both of Member E's children have benefited from offerings intended to create more inclusive school environments that celebrate the diversity of their students and encourage them to learn about it at their respective schools.

111.    For example, Member E's daughter's elementary school is an intentionally inclusive community for students of different cultures and religions.

112.    The PTA, with the support of the elementary school, runs a Cultural Night where students are encouraged to wear clothing and bring food native to their culture. The PTA works in close partnership with MCPS and the respective schools to put on events like this and support students and families. The PTA meets with MCPS a couple of times a year and meets with school principals and vice principals once a month to discuss upcoming events and student needs.

113.    The elementary school also celebrates Black History Month with activities for students.

114.    The middle school Member E's son attends has an Ethnic Studies curriculum that is offered to students as an elective. Member E's son wants to sign up for the Ethnic Studies elective but is worried that it will be terminated.

115.    It is important to Member E that their children, as Black children, understand why they may not be treated the same as other children in this country.

116.    Member E is also concerned that, even if they are not eliminated in their entirety in order, in order to comply with the Title VI Documents, the courses will be reframed in a manner that distorts, minimizes, or conceals the truth about the history of racism in the United States. Member E's children will be prevented from learning about vital parts of history, especially in how it relates to their experiences as Black Americans.

117.    Finally, MCPS initiated an Antiracist System Action Plan in 2023, which has yet to be completely implemented. Some aspects of the program that have been implemented thus far are the inclusion of antiracist activities and homework in the elementary school's curriculum. Another part of the plan that has been initiated is programming for teachers to learn about their own biases.

118.    Member E fears that this plan will be forcibly removed and prevented from full implementation because it mentions race.

119.    Member E is concerned because they have heard that other school districts are terminating programs related to race. Member E fears that their school district will be forced to do the same.

120.    These members are not alone in their fears. I have heard from members, and even teachers and administrators from various schools, that they similarly fear that important, successful programs, which have fostered positive environments for all MCPS students will be cut because of the Title VI Documents.

121.    Moreover, if MCPS schools were to be investigated and have their federal funds frozen or taken away, it is likely that special education programs, which rely on IDEA funding, would be some of the first services impacted. About 15% or around 24,000 students in Montgomery County receive special education services in MCPS schools. Without these services,

those children would lose access to the services that allow them to fully participate and integrate into their respective schools.

122.    The Title VI Documents have and will continue to inflict substantial harm on MoCo NAACP's mission, our membership, and our community. By depriving MCPS student access to the critical programming described in the preceding paragraphs, the Title VI documents interfere with the ability of our members' children to learn how far we have come as a nation in striving towards equal justice under the law and about how much farther we must go to make that a reality.

123.    I certify under penalty of perjury that the foregoing is true and correct based on my personal knowledge.

Executed: April 19, 2025

Byron A. Johns