**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.<br><br>*Defendants*. | Case No.: 1:25-cv-01120-DLF |

**DECLARATION OF LaTANYA GRAVES**

I, LaTanya Graves, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am President of the Black Hawk County, Iowa Chapter of the NAACP ("Waterloo NAACP"). I was duly elected to this position in 2015 and continue to serve as President. I have also served as a member of the Executive Committee of the Waterloo NAACP for the last 25 years, serving as Youth Advisor, Secretary and Vice President.

2. I am submitting this Declaration in support of Plaintiff's Motion for a Preliminary Injunction of the February 14, 2025 Dear Colleague Letter, the accompanying Frequently Asked Questions document, and certification requirement (collectively, "Title VI Documents").

3. The Waterloo NAACP, a nonpartisan and nonprofit organization, is a subsidiary of the National Association for the Advancement of Colored People ("NAACP"), which was formed in 1909. The Waterloo NAACP was chartered in 1921.

4. The Waterloo NAACP has more than 100 members, who are predominantly but not exclusively Black people. About 75 percent of Waterloo NAACP members are parents or grandparents of children in the Waterloo Community School District or Cedar Falls Community School District, and at least 10 members are parents of children enrolled in Waterloo Community School District.

1

5. The Waterloo NAACP's key goals include advocacy to ensure that all students have access to a quality, integrated public education. We are dedicated to eliminating racial inequities in our education system. We advocate for access to great teaching, fair discipline, equitable resources, and a rigorous and inclusive curriculum that allows all students to meaningfully engage with the material and gain the preparation to succeed in our increasingly diverse state and society. Our goal is that every student receives a quality public education that prepares them to be a contributing member of democracy.

6. To advance these goals, the Waterloo NAACP partners with the Waterloo Community School District ("District") to ensure that students are afforded opportunities to learn about their history and the history of their community. For example, members of the Waterloo NAACP have presented to students in the District about the NAACP and important Black leaders. Last year, students met and spoke with Anna Mae Weems, who was an impactful civil rights advocate in Iowa and brought Dr. Martin Luther King Jr. to Iowa in 1959. Also last year, students at Waterloo East High School in Waterloo Community School District published a book titled *Amazing Waterloo Women*, which features several Waterloo NAACP members, including myself. These events inspire and engage Black students in the District, including the children and grandchildren of Waterloo NAACP members.

7. The Waterloo NAACP also recently created a "History in Our Hometown" program in partnership with the District and other community members. The program takes approximately 100 eighth-grade students on a tour of Smokey Row, the only neighborhood where Black people in Waterloo were allowed to live during the first half of the 20th century. After the tour, we hold a panel discussion for all of the eighth-grade students, where NAACP members share about their experiences growing up Black in Waterloo.

8.  The District planned to participate in the 19th Annual African American Read-In hosted by the University of Northern Iowa College of Education on February 20, 2025. The virtual event for first grade students featured the book "All Because You Matter" by Tami Charles and included a draw-along with the book's illustrator Bryan Collier. The best-selling book is described as a love letter to Black and brown children, affirming that they always have, and always will, matter.

9.  Soon after the Dear Colleague Letter was issued on February 14, 2025, I learned from a concerned Waterloo NAACP member that the District was withdrawing from the Read-In out of concern that participating in the Read-In would violate the Letter's prohibition on diversity, equity, and inclusion activities and could subject the District to investigation or federal funding termination. The District had already received 800 copies of the book for its students. But the day before the Read-In, the District announced its withdrawal from the event and requested that teachers return all copies of the books intended for their students.

10. Waterloo NAACP members were devastated to learn that District would be denying its students, including at least one NAACP member's grandchild, the opportunity to participate in the Read-In. Along with seven other members of the Waterloo NAACP, I attended a District school board meeting to express our deep concern about the Read-In being cancelled. When we asked why the school district had cancelled their participation in the Read-In, we were told by a school district employee that they were fearful that the district could lose federal funding because the selected book contained an image of a little boy looking at a Black Lives Matter poster.

11. After the District cancelled its participation in the Read-In, Waterloo NAACP members are very concerned that the District will similarly cancel other programs about race and diversity such as the "History in Our Hometown" program, denying Black students in the District,

including the children and grandchildren of Waterloo NAACP members, the benefits of those programs.

12. The Title VI Documents are broad and vague, and teachers in the District have told me that they are not confident about what programs and lessons they might be read to prohibit.

13. The Title VI Documents say that programs that could be seen as making students feel guilty about their race are illegal, and Waterloo NAACP members fear that the District will cancel programs where their children and grandchildren are exposed to honest conversations about racism. For example, the goal of the "History in Our Hometown" program is to educate students on the experiences of Black Americans in Waterloo, including the history of anti-Black racism here, in order to encourage students to learn from the past and foster an anti-racist future. During the panel portion of the program, I shared about my first experiences with racism. I told the students how my white friend's parents sent her to a mental institution when she began dating a Black classmate in high school. Other panelists shared more in-depth experiences with racism. I believe it is important for young students today to understand this history, but I worry the District will cancel future "History in Our Hometown" events out of fear that the program runs afoul of the Title VI Documents.

<u>Member F</u>

14. Member F is one of the members of the Waterloo NAACP who has concerns about the removal of diversity, equity, and inclusion efforts from her children's schools. Member F has a son who is in eighth grade in Waterloo Community School District and a daughter who graduated from the District and now attends college at a historically black university in Florida.

*Harm to Member F's Son*

15. Member F was devastated to hear that the District cancelled its participation in the February Read-In at the University of Northern Iowa and is concerned that the District will cancel additional race-related events to the detriment of her son. Member F believes that removing diversity, equity, and inclusion activities will result in an environment with strained race relations for her son and other students, and lead to an increase in bullying.

16. Member F's son attends a middle school with a predominately white student population and only a few Black educators. She was pleasantly surprised that her son's teacher taught the book *Dear Martin* by Nic Stone earlier this year. The book covers topics including police violence against Black people, racial bias and microaggressions, and white privilege. Member F found that her son was particularly academically engaged while studying the book at school and that the book provided an important segue into conversations with her son about the reality of living as a Black person in the United States.

17. Since the District cancelled its participation in the Read-In over a book with racial themes, Member F believes that the District will similarly eliminate books like *Dear Martin* from the curriculum, depriving her son of academically and psychologically enriching learning experiences for the next four years while he remains a student in the District. For example, Member F's son plans to take the African American history course offered at the District high school he will attend, so that he can read other historical and literary texts about Black people and culture. Member F's daughter took the course when she was in high school and found that it was not only personally beneficially but also improved her relationships with classmates of other races because they became more educated about and empathetic towards Black people. Member F believes that in light of the position the District took on the Read-In, the District will cancel this course, or shy

away from teaching its key lessons, depriving her son of this important educational and interpersonal opportunity.

18. At the same time, while Member F hopes the District will continue to teach books and courses about race and racism, she is also concerned that doing so will lead to the District losing its federal funds. Losing those funds would significantly decrease the quality of education her son receives, as this funding is necessary for employing skilled teachers and supporting enriching programs.

*Harm to Member F's daughter*

19. Member F is also concerned about how the Title VI Documents will impact her daughter.

20. Member F relies on scholarships to fund her daughter's education at an out-of-state historically Black university. In addition to a Pell Grant, Member F's daughter receives a scholarship through the federal TRIO program, which is designed to identify and support students from disadvantaged backgrounds, and another scholarship for students from diverse backgrounds. Member F expects that these scholarships will be cancelled, because similar scholarships for students of color have been cancelled in response to the Title VI Documents' statement. Member F struggles to pay for her daughter's schooling even with the scholarships, and is concerned that without them, her daughter may have to withdraw from college.

21. Member F's daughter also plans to pledge a Divine Nine historically Black sorority but is concerned that she will be denied that opportunity if the university eliminates affinity groups that coalesce around a shared identity on campus to avoid loss of federal funds.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: April 19, 2025

_____
LaTanya Graves