UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.<br><br>*Defendants*. | Case No.: 1:25-cv-01120-DLF |

**DECLARATION OF THE NAACP**

I, Derrick Lewis, declare as follows pursuant to 28 U.S.C. § 1746:

1. My name is Derrick Lewis and I am the Youth and College Director for the National Association for the Advancement of Colored People ("NAACP"). I have been a member of the NAACP for eleven years, and I have worked as staff for the NAACP for six years.

2. I started as a charter member of the Angelo State University, Chapter 6988, where I helped charter the chapter. I then joined the Huston-Tillotson University NAACP chapter, where I served as President for two years. In 2018, I became a staff member of the NAACP when I worked as a Civic Engagement Coordinator for Texas during the midterm elections. I then worked as a Field Organizer for the Youth and Child Division from 2019-2022. In 2022, I was promoted to Field Manager and then I was promoted again to Field Director in 2025.

3. I am submitting this Declaration in support of Plaintiff's Motion for a Preliminary Injunction of the February 14, 2025 Dear Colleague Letter ("DCL"), the accompanying Frequently Asked Questions document, and certification requirement (collectively, "Title VI Documents").

4. In my role, I meet monthly with our National Youth Works Committee, which includes youth board members and representatives, as well as adult representatives, from each of the NAACP's seven geographic regions. Through these meetings, I learn about issue priorities for

1

young NAACP members across the country. I also hear from youth members informally on a weekly, and sometimes daily, basis when they reach out with concerns or requests for support.

5. Through these communications, I know that the NAACP and its members are very concerned about the impact of the Title VI Documents on youth members, college members, and parent members with children in K-12 schools, as well as the Documents' threat to the decades of efforts to equalize educational opportunities for the benefit of all students.

6. The NAACP was formed in 1909 and has been on the forefront of the fight for equitable local, state, and federal education policies that establish education standards, allocate resources, and set priorities for education and workforce systems. For generations dating back to *Brown vs. Board of Education*, the NAACP has fought for programs and practices that ensure equal educational opportunities for Black students, including truthful, inclusive curricula that acknowledges and confronts systemic racism; efforts to address racial disparities in school discipline and admissions for selective programs; and cultural programming, training, and affinity groups that support Black students.

7. As of April 4, 2025, the NAACP has 97,664 dues-paying members plus additional fully paid Life members. Currently, it has 371 active college chapters across 43 states and 23 active high school chapters in 23 states. As of April 4, 2025, it has 7,803 active college members and 295 active high school members. It also has 567 active Youth Council chapters in 49 states with 12,611 active members as of April 4, 2025. Additionally, many members in each state chapter have school-aged children attending public K-12 schools.

8. The NAACP and its members are committed to ensuring that school curricula reflects the truth about his nation's history and the perspectives and contributions of all people. Its

2024 Resolutions[1] included commitments to advocating for and advancing policies and initiatives that: work towards a curriculum development that is more inclusive of Black History, specifically Black Military History, so that it incorporates the history of the Buffalo Soldiers; assert the NAACP's stance against book banning and its commitment to file lawsuits, administrative complaints, and amicus briefs, and otherwise support efforts to prevent or reverse bans of books reflecting the Black and/or LGBTQ+ experience; call upon state governments to enact and actively enforce legislation that restricts state schools and colleges from removing African-American history curricula and NAACP committed to actively monitoring and advocating for the implementation of these resolutions; call on the Department of Justice Civil Rights Division and the United States Department of Education to investigate and pursue all discriminatory curriculum violations and prosecute violators to the fullest extent of the law; urges federal, state, and local policymakers to implement and fully fund evidence-based restorative practices, positive behavioral interventions and supports, and tiered systems of support and to devise means of rewarding schools that report accurate numbers for decreasing suspension rates for minority students and calls on states to publicly report their suspension rates disaggregated by race, gender, and ethnicity; reaffirms our commitment to advocating for inclusive and accurate representations of African American history in public education curricula and opposing legislative and school board efforts to censor or distort historical narratives for ideological purposes opposes legislation in every state, the District of Columbia, and all United States territories that seeks to undermine the fundamental right to the freedom to read, speak, publish, or any other civil or human right.

9. The DCL's prohibition on teaching about history that might make students feel uncomfortable or guilty is vague and ambiguous, and it threatens the ability for NAACP student

---

[1] https://naacp.org/sites/default/files/documents/2024%20Resolutions.pdf

3

members to receive a truthful education of this country's history of systemic racism towards and oppression of Black people, as well as the contributions and history of Black people in the United States.

10. Given its stated commitment to championing truthful, complete teaching of African American history and its opposition to any efforts to censor or distort the historical narratives for ideology, the NAACP would have commented in opposition to the Department of Education's changes to Title VI espoused in the Title VI Documents. Instead, it was denied its legal right to the opportunity to submit a comment because there was no notice and comment period before the implementation of these rule changes.

11. In addition, the NAACP and its members are committed to confronting systemic problems with respect to the quality of education received by the youth members, the children of members and other Black students across every state. Many of its members' schools are being underfunded and programs are being stripped away. The DCL perpetuates this issue by threatening the funding of low-income schools, many of which serve predominantly Black students[2] that seek to include resources and programming specifically designed to help marginalized students receive a fair shot at educational and professional success, which directly correlate to one's quality and longevity of life. For example, the Brookings Institute did a study on the connection to education and the longevity of life where they found that highly educated people live longer, have better health outcomes, higher socioeconomic standing, and an overall higher quality of life.[3] The DCL's

---

[2] According to the latest data from the National Center for Education statistics, 37% of Black students attended high-poverty public schools compared to 7% of white students. *See* https://nces.ed.gov/programs/coe/indicator/clb/free-or-reduced-price-lunch; Kirsten Kainz, *Early academic gaps and Title I programming in high poverty, high minority schools,* Early Childhood Research Quarterly (2019),
https://www.sciencedirect.com/science/article/abs/pii/S0885200618301443.

[3] Anne Case and Angus Deaton, *Accounting for the widening mortality gap between American adults with and without a BA* (Sept. 27, 2023)  https://www.brookings.edu/articles/accounting-for-the-widening-mortality-gap-between-american-adults-with-and-without-a-ba/;

4

threat to withhold funding not only attacks its members' rights to a truthful curriculum, but it also directly threatens their longevity and livelihood.

12. The NAACP made education a top priority decades ago because of the importance of quality education for Black people's advancement and survival in this country. The Dear Colleague Letter and certification requirements represent a rollback of its hard-fought progress and an attack on its organization and its members.

13. I have spoken to several members who have been and will continue to be negatively affected by the Title VI Documents. For example:

Member G, University of Pennsylvania

14. Member G is a Black student at the University of Pennsylvania ("Penn").

15. They have seen the chilling effects of the February 14 Dear Colleague Letter and its subsequent documents at Penn. At first, in response to the letter, Penn's administration said they wanted to make sure everyone has a safe home at Penn. But, a week later, the new university President, J. Larry Jameson, issued a second statement asserting that Penn will have to monitor education policy changes more closely and comply with national orders in order to not lose funding.

16. Since this statement, minority students—specifically Black and Brown students—have been left feeling unprotected and unsupported, because Penn has not provided any assurances that cultural programs and resources will be protected and defended, and Penn has already made changes based on the Title VI documents.

17. Penn is home to cultural houses on campus including, Makuu, La Casa Latina, and the Pan Asian American Cultural House (PAACH). These cultural houses host events, provide

5

resources for all students including free snacks and free printing, and provide spaces for students and student groups.

18. Although Makuu primarily serves the Black community at Penn, any student is welcome to come and enjoy the free resources. There are programs hosted by Makuu for Thanksgiving, Kwanzaa, and Seniors. The Senior celebration was previously named the Kente Ceremony but pursuant to the Title VI documents has recently been changed to be referred to as the "Senior Celebration."

19. Makuu's events are public but, because of acknowledgment and celebration of Black culture and Black Penn students, Member G now believes that they are at risk of cancellation. The language in the Title VI documents prohibit events that could cause students discomfort but do not explain how that is measured. Thus, Member G believes that Penn may discontinue these events to comply with the Title documents.

20. Penn has already taken similar measures because of the DCL. For example, every Black cultural student organization, such as the Black Pre-Law Association, has been instructed by the Penn administration to remove the word "Black" from their title and students are uncertain if celebrations, like Black graduation, will be allowed.

21. Due to recent attacks on diversity, inclusion, and cultural events, including the DCL, Member G is concerned that Penn will eliminate these cultural houses and terminate the staff members who have committed years to creating spaces inclusive of diverse students.

22. Member G is also a recipient of the Mayor's Scholarship Program ("Mayor's Scholarship"), which provides financial aid to low-income students from Philadelphia and select surrounding counties, such as Bucks County. Member G receives a full-ride scholarship through this program.

23. The Mayor's Scholarship is a special financial aid program, where Penn commits to admitting at least 100 students from Philadelphia and one of its contiguous counties (Bucks, Delaware, or Montgomery), and providing the requisite funding to meet 100% of students' financial need as determined by the Student Financial Services. The Mayor's Scholars Program is a student-run initiative that seeks to enhance the experience of Philadelphians at Penn through academic, social, and networking events throughout the year. Each freshman is offered the opportunity to be paired with an upperclassman mentor of similar interests who can serve as a resource for the first year at Penn and beyond. The scholarship also provides resources for academic assistance, as well as offering opportunities to become more informed citizens. The scholarship is not intended to target students from any particular racial background; however, Philadelphia County is predominantly Black, so a number of Black students from the Philadelphia area are only able to afford Penn due to this scholarship program. The Mayor's Scholarship has been instrumental in increasing racial diversity at Penn.[4]

24. Due to the DCL's threats to race-neutral programs and scholarships that may be aimed at increasing diversity, Member G is now fearful that the scholarship will be terminated and they will not be able to complete their college education.

25. Penn used to be a university that championed and even prided itself on its diversity and its various programs and resources for minority students. Because of the Title VI documents, these very programs and resources that made Penn a safe and welcoming space for Black students such as Member G are at risk. Furthermore, these programs provide essential tools and skills for

---

[4] *See* Becky DeMarre, "At Mayor's Scholars event, Mayor Jim Kenney praises diversity and community engagement," *The Daily Pennsylvanian* (Sept. 18, 2019), https://www.thedp.com/article/2019/09/philadelphia-mayor-dinner-jim-kenney-penn-student.

all students who benefit from the advice, network, mentorship, and community offered by these threatened programs and resources. Without them, Black Pennstudents will face extra hurdles in their academic and professional careers compared to their white peers.

Member H, Rowan University

26. Member H is an alumnus and a current member of the Rowan University ("Rowan") community in New Jersey.

27. In 2019, the President's Office at Rowan created a Division of Diversity, Equity, and Inclusion ("DEI"). This department was committed to four pillars: access, affordability, quality, and economic engine. These pillars were to guide the work and initiatives of the department to best serve diverse students and foster diversity within the university.

28. In 2020, Rowan's Black Student Union issued a demand letter that included a request for DEI training for all faculty and staff. In acquiescence to these students' demands, Rowan offered and required all incoming faculty and staff to receive a four-module training on DEI and bias.

29. Subsequently, in June 2024, Rowan changed the name from the "Division for Diversity, Equity and Inclusion" to the "Division of Inclusive Excellence, Community, and Belonging" ("DIECB").

30. DIECB provided multiple programs for diverse students in the undergraduate and graduate schools, including its pipeline programs, its pathway programs, opportunity programs like the Education Opportunity Fund, Gear Up, and Upward Bound. It also had the Social Justice, Inclusion and Conflict Resolution office which housed the Interfaith and Spirituality Center, the LGBTQIA+ Center, the Women's Center, BIPOC Leadership and Development Program, and the Center for Neurodiversity.

31. Additionally, Rowan had a Faculty Fellowship which was paid for by the Provost's office. In partnership with the Faculty Center for Teaching and Learning, this fellowship provided professional development as it relates to DEI work, such as trainings on inclusive teaching and pedagogical exercises and workshops resources for faculty.

32. In response to the DCL, on February 27, 2025, the Rowan administration disseminated a public letter to the university that they would be restructuring the Division of DEI and these programs to minimize the risk of losing funding.[5] All staff would be moved into departments that are student centered on resources and support.

33. By February 28, 2025, the restructuring was finalized. DIECB was eliminated, the faculty and staff were reassigned to other divisions, such as the Student Access Program and the newly formed "Center for Belonging and Student Engagement" housed under the Center for Wellbeing. The Center for Neurodiversity was moved under university college, and former DEI staffers at the School of Virtua Health were moved under the supervision of the Dean of Students where their titles were changed from Assistant Vice President of DEI to Assistant Vice President of "wellness and inclusion."

34. Additionally, the DIECB Signage was removed, its social media and website were shut down, and the university sent an email instructing students and staff to no longer make any reference to DEI.

35. Member H is concerned about whether work is still being done to train University faculty and staff on diversity, equity, and inclusion. While Rowan claims it is still committed to DEI, with these changes, Member H wonders "who is doing the work? Who is accountable to be

---

[5] Letter from Ali A. Houshmand, Rowan University President, & Anthony M. Lowman, Provost and Senior Vice President for Academic Affairs (Feb. 27, 2025), https://today.rowan.edu/news/2025/02/ensuring-we-are-inclusive-to-all.html.

9

inclusive and that they get the training that used to be required?" Also, because of the vague language in the DCL, Member H is unsure if Rowan can require or even offer these trainings anymore. This might be the first time in five years that these trainings won't be available and required for faculty and staff.

36. The General Counsel and the Provost's Office held townhall meetings to address the Trump Administration's attacks on research and university funding. $200 million in federal funding is in jeopardy due to the Trump administration's threats. At these townhalls, Rowan General Counsel and the Provost's Office asserted that these changes were made in fear of loss of money. The University is concerned with mitigating the threatened risk of funding.

37. In response to the DCL, Rowan has also cancelled events for students that highlight Black scholars. For example, Dr. Uche Blackstock, whose work focuses on bias and racism in medicine and health care, was paid to speak at the university at the end of April; however, that was event cancelled in the beginning of April.

38. Additionally, Rowan used to host a Lavender Graduation for students who identify as LGBTQIA+ and a Sankofa Graduation for Black and Brown students. At these graduations, the Rowan administration would provide honorary stoles to the students. Although these graduations celebrated LGBTQIA+ students and Black and Brown students, respectively, they were open to all Rowan University members. Because of the DCL, Rowan will no longer host those graduations. Instead, they are offering a "Senior Toast" that will celebrate all underrepresented students, including first generation and neuro-diverse students.

39. Rowan also required that all scholarships be reviewed for race-specific criteria. This review included opportunity programs scholarships to make sure they didn't specify "Black students" in the criteria.

40. Black students at Rowan, including 15 members of the NAACP Rowan University chapter (Unit 2913-B), are experiencing harms due to the Title VI Documents.

41. The Center for Belonging supports culturally-based organizations and students. Students of all races, ethnicities, and religious backgrounds utilize the office. Rowan's Hindu, Muslim, and Jewish student populations are growing, and they increasingly utilize the Center for Belonging. Changes to the Center significantly impact international students, who use the center as a resource for community and support while being away from all friends and family.

42. These changes to the names and structure of departments in response to the DCL and the Trump administrations' attacks on DEI have caused a lot of confusion for students. Some students have expressed that they have begun to distrust the university because of the various name changes and the abruptness of the restructuring. The student government also took issue with these changes taking place without feedback or input from students. Students were not given an opportunity to engage with the university over these changes, and they feel like their voices weren't heard and there was no concern from the university on how these changes negatively impact them and their college experience.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: April 19, 2025

_____
Derrick Lewis