**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.<br><br>*Defendants.* | Case No.: 1:25-cv-01120-DLF |

**DECLARATION OF COZY BAILEY**

I, Cozy Bailey, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am President of the Virginia State Conference of the NAACP ("Virginia NAACP"). I was duly elected to this position in 2023. I have also served as the President of the Prince William County Branch of the NAACP since 2017.

2. I am submitting this Declaration in support of Plaintiff's Motion for a Preliminary Injunction of the February 14, 2025 Dear Colleague Letter, the accompanying Frequently Asked Questions document, and certification requirement (collectively, "Title VI Documents").

3. The Virginia NAACP, a nonpartisan and nonprofit organization, is a subsidiary of the National Association for the Advancement of Colored People ("NAACP"), which was formed in 1909. The Virginia NAACP was chartered in 1935 and is the oldest and largest nonpartisan civil rights organization in the Commonwealth.

4. The Virginia NAACP has more than 12,000 members, and oversees more than 100 branches, youth councils, and college chapters.

5. The children of Virginia NAACP members attend public schools, colleges, and universities across the Commonwealth.

6.	Advocating for Black students to have equal educational opportunities has long been and remains one of Virginia NAACP's top priorities. In the face of "massive resistance," the Virginia NAACP fought to desegregate the Commonwealth's public schools. It continues to challenge unfair barriers to access for underserved students across the Commonwealth.

7.	For example, in 2012, the Fairfax County branch of the NAACP filed a complaint with the U.S. Department of Education on behalf of Black and Latino students, arguing that overreliance on test scores in the admissions process for Thomas Jefferson High School for Science and Technology ("TJ") benefitted students from households with the financial resources to pay for test preparation courses and disadvantaged Black and Latino students. And in 2019, the Loudoun County branch of the NAACP filed a complaint with the Virginia Office of Attorney General Division of Human Rights alleging that Black students did not have equal educational opportunities. The Virginia Office of Attorney General Division of Human Rights issued a determination in November 2020 finding, among other things, evidence of race-based disparities in Loudon County Public Schools gifted and talented programs.

8.	The Title VI Documents target the very policies and practices that remedy barriers to equal access for Black students in the Commonwealth, threatening to undo critical progress in educational equity and send Black students back to an unequal and unacceptable status quo. For example, after years of advocating for a fairer admissions process at TJ, the Fairfax County School Board finally eliminated the standardized test requirement that locked out capable and qualified students from the tremendous resources TJ has to offer. And yet the Title VI Documents specifically prohibit educational institutions from eliminating standardized testing to increase racial diversity.

9. The Title VI Documents prohibitions are broad and vague and already having a tangible negative impact on NAACP members across Virginia.

Virginia Beach City Public Schools

10. Virginia Beach City Public Schools ("VBCPS") adopted an equity plan in 2022 after an external assessment in 2021 identified inequities for Black students, particularly boys, students with disabilities, students from low-income families, and English language learners in VBCPS.[1] The plan has shown early signs of success, increasing the percentage of students enrolled in advanced courses, both overall and by racial and ethnic subgroups, and a 10 percent increase in students who felt a sense of belonging at school between fall 2023 and spring 2024.[2]

11. The equity plan was developed pursuant to Policy 5-4, a policy adopted by the School Board of the City of Virginia Beach ("Virginia Beach School Board") in September 2020. In addition to requiring the development and implementation of an equity plan, that policy committed the Virginia Beach School Board to equitable practices including requiring training regarding implicit bias and cultural awareness, supporting culturally responsive curriculum and assessments for all students, and offering opportunities for supplemental coursework, such as summer bridge programs, to address disparities in course participation.[3]

12. VBCPS' 2025 Strategic Framework similarly emphasizes goals and practices to promote equity and inclusion including: "implement . . . influence teaching practices that foster deeper learning and engagement and are adaptable to diverse student needs with an emphasis on Black males, economically disadvantaged, English learners, and students with disabilities";

---

[1] Brooke Schultz, *Meet the DEI Leader Using Data—and Heart—to Foster Student Belonging*, Education Week (Feb. 3, 2025), https://www.edweek.org/leaders/2025/meet-the-dei-leader-using-data-and-heart-to-foster-student-belonging.
[2] *Id.*
[3] School Board of the City of Virginia Beach, Policy 5-4 Educational Equity (adopted Sept. 9, 2020), https://schoolboard.vbschools.com/policies/section-5/5-4.

"incorporate multicultural resources and materials into the curriculum at all levels"; "place a priority on recruiting, retaining, and promoting a workforce representative of our diverse population"; and "ensure equitable distribution of human, fiscal, and capital resources across the division."[4]

13. A copy of the 2025 Strategic Framework is attached as Exhibit A.

14. On April 8, the School Board of the City of Virginia Beach ("Board") adopted a resolution titled "To comply with legal obligations in exchange for receiving federal financial assistance."

15. A copy of the resolution is attached as Exhibit B.

16. The resolution states: "Whereas, on February 14, 2025, the United States Department of Education Office for Civil Rights . . . published a *Dear Colleague Letter*" and "on February 28, 2025 . . . released [a] *Frequently Asked Questions*" document, "The School Board of the City of Virginia Beach . . . directs the Superintendent or designee . . . to take the necessary steps to comply with the above federal guidance under Title VI."

17. The resolution specifies that that those steps include "suspend[ing] all educational program offerings that do not comply with the above federal guidance, including but not limited to: the Equity Plan" and "any portion of the 2025 or 2030 Strategic Framework that does not comply with the above guidance, including but not limited to: all references to equity and equity emphasis, diversified workforce, the equity dashboard, and racial emphasis." The resolution also directs the superintendent to suspend Policy 5-4 until the policy review committee can recommend.

18. After the Virginia Beach School Board adopted the resolution by a 6-3 vote, the VBCPS Superintendent said that planned "clubs and activities, unfortunately, . . . may be in

---

[4] School Board of the City of Virginia Beach, Compass to 2025 Strategic Framework, (revised Jan. 2023), https://resources.finalsite.net/images/v1744317790/vbschoolscom/met4r7uzxbnoudj9jhn4/StrategyMap.pdf.

conflict with this [federal guidance]" and that his staff were already working to meet the Virginia Beach School Board's directive.[5]

*Member I*

19.     NAACP Member I is the Secretary of the Virginia Beach NAACP chapter. The chapter has 162 members, 52% of whom have children or grandchildren in VBCPS. Member I's older son graduated from VBCPS in 2019 her younger child currently attends Newtown Elementary School in VBCPS and is in the second grade. Member I's younger son has cerebral palsy, right-sided hemisphere paralysis, and attention deficit hyperactivity disorder ("ADHD") depends upon an Individualized Education Program ("IEP").

20.     VBCPS' equity policies have been essential for allowing Member I's son to succeed in school. The 2021 assessment of VBCPS found that its schools were underserving Black male students and students with disabilities specifically, so the policies it adopted in the equity plan to remedy those inequities are critical to ensuring Member I's son, who is a Black male student with disabilities, has access equal educational opportunities.

21.     For example, Member I's son benefits significantly from VBCPS' commitment to culturally responsive practices, including the integration of social emotional learning ("SEL") into the classroom. Member I's son sometimes becomes emotionally dysregulated, and SEL is a critical tool for helping him process his feelings and engage with his classmates and schoolwork. When Member I's son is prompted with SEL techniques to understand, accept, and better regulate his emotions, he is able to thrive.

22.     The Virginia Beach School Board's resolution directs VBCPS schools to comply with the Frequently Asked Questions document, which suggests that "terms like 'social emotional

---

[5] John Hood, *Virginia Beach School Board Suspends DEI Policies*, WKTR (Apr. 9, 2025), https://www.wtkr.com/news/in-the-community/virginia-beach/virginia-beach-schools-move-to-remove-dei-policies.

5

learning' or 'culturally responsive teaching'" are likely unlawful in that they have been used by schools to "veil racially discriminatory policies."

23. When SEL is removed from schools, as directed by the resolution, and as suggested by the Frequently Asked Questions document, it would be absolutely detrimental to Member I's son's learning environment and overall ability to learn.

24. Member I's son will also be harmed by VBCPS' suspension of its efforts to diversify its workforce to comply with the Title VI Documents. Teacher diversity has been a crucial factor in her son's educational experience. Having a teacher who looks like him has enabled him to not only feel more understood, but to perform better in class. All students will suffer from the suspension of efforts to increase workforce diversity, but Black students, including Member I's son, will be uniquely harmed given the research on the benefits to Black students of having teachers who reflect their identity.

25. Member I's son will also be harmed by VBCPS' suspension of its commitment to equitable distribution of resources to comply with the Title VI Documents. VBCPS District 4, in which Member I's resides, has been in need of a new sixth grade campus for years. The current campus is inadequate compared to other sixth grade campuses in VBCPS and does not provide an equal educational experience for students in District 4.

26. VBCPS has funded the building of a new high school and environmentally sustainable elementary school in whiter and more affluent districts. However, VBCPS has claimed that they are unable to acquire sufficient funds to build the new sixth grade campus in District 4.

27. Member I has been advocating for VBCPS to find those funds in light of the equity plan's requirement that VBCPS equalize resource distribution. But because the resolution adopted by the Virginia Beach School Board to comply with the Title VI Documents suspends the equity

plan, Member I believes VBCPS will not build a sixth grade campus in majority-minority District 4, and certainly not in time for Member I's son to benefit from an improved sixth grade campus.

28. Member I's older son participated in the Black Student Union ("BSU") while a student at VBCPS. The BSU helped him and other Black students thrive by providing them with opportunities for increased connection and mentorship. Through the BSU, Member I's son attended the African American Male Summit, where students are paired with mentor who will support them pre-professionally.

29. Member I believes that participating in the BSU, the African American Male Summit, and other identity-affirming affinity groups will be particularly important for her younger son, given his disability, and she plans to have him participate in any such opportunity.

30. But per the Virginia Beach City School Board's resolution to comply with the Title VI documents, such programs with "racial emphasis" are to be suspended. Without these opportunities, Member I's younger son will be deprived of the beneficial supports that his older brother received. diversity programs and mentorship opportunities such as this one could be at risk of termination.

*Member J*

31. Member J is the Education Chair of the Virginia Beach NAACP. Her daughter is a ninth-grade student at VBCPS' Visual and Performing Arts Academy at Salem High School. Her daughter has attended VBCPS schools since kindergarten.

32. Member J's daughter has experienced racial harassment by classmates and teachers throughout her time at VBCPS. She has been called the n-word repeatedly by her classmates and her teachers have made unfounded, racialized assumptions about her, calling her unpatriotic and

7

assuming that her father was not involved in her life. The harassment was so bad that Member J's daughter said she would rather die than go back to school.

33. Until this school year, Member J's daughter has been unable to join an affinity club because those opportunities were not available at her middle school. She wanted to be in a Japanese club, because members of her family are stationed in Japan for military service, but that club is only offered at middle schools in whiter, more affluent parts of Virginia Beach.

34. This school year, Member J's daughter started ninth grade and finally had an opportunity to join an African American Cultural Society at her high school. The Cultural Society is open to all students, and its purpose is to supplement the history of Virginia that students learn in school, which typically omits the historical contributions of Black people.

35. The Cultural Society meets once a month after school and has been a lifeline for Member J's daughter to find support and camaraderie with other Black students and allies, especially given the discrimination she continues to face. For example, she chose to attend a preforming arts high school because she loves to act, but she has auditioned for every play and has not been accepted to any. The plays typically cast all white students. The Cultural Society has given her a community where she feels she belongs and can express herself.

36. The teacher who runs the Cultural Society also teaches an African American history course for upperclassmen at the high school, and Member J's daughter has been looking forward to enrolling in that course since the first time she attended a Cultural Society meeting.

37. Member J and her daughter expect the Cultural Society and African American history course will both be cancelled because of the Board's resolution to suspend all educational program offerings that do not comply with the Title VI Documents. Member J is distraught that

her daughter will lose these enriching educational opportunities and is terrified that the loss will have a deleterious impact on her daughter's mental health.

38. Member J also believes that discrimination by teachers and faculty against her daughter will worsen as a result of the Board's resolution to comply with the Title VI Documents because that resolution suspended the part of the Board's policy that required mandatory training for staff on implicit bias and culturally responsive practices for serving VBCPS' diverse community. Member J believes these trainings were critical for ensuring fairer treatment for her daughter at school and without them, she fears discriminatory behavior by teachers and staff will worsen.

University of Virginia

39. On March 7, the University of Virginia ("UVA") Board of Visitors responded to the Dear Colleague Letter and Frequently Asked Questions document by voting to dissolve UVA's Office of Diversity, Equity, Inclusion, and Community Partnerships and to direct UVA to make changes to comply fully with the law as interpreted by the Title VI documents.

40. The swift compliance by the UVA Board of Visitors with the Title VI Documents has negatively impacted morale for Black student members of the UVA NAACP chapter, including Member K who is a sophomore at UVA. For Member K, UVA's response to the Title VI Documents has indicated that the university is unwilling to defend programs that benefit Black students and sent a message that Black students do not belong at UVA.

41. Member K believes that the changes UVA is adopting to comply with the Title VI Documents will make it increasingly difficult for multicultural clubs, particularly Black student clubs, to obtain funding from the University. For example, the Ethiopian-Eritrean Student Association of UVA has already had trouble securing equal funding from UVA for its activities

this year and Member K expects that the situation will become worse as UVA makes changes to comply with the Title VI Documents. Member K regularly attends events put on by these clubs, which provide critical spaces for students of color to connect with and support one another. She and other members of the UVA NAACP fear that without these events, they will feel more isolated in UVA's predominately white student body.

42. Member K is a tour guide with the University Guide Service at UVA and believes that an important aspect of the tour is the history of slavery and the contributions enslaved people made on UVA's grounds.

43. Member K is concerned that, due to the decision by the Board of Visitors to terminate all programs related to DEI, tour guides will be pressured not to discuss these important issues or that financial support from UVA will be withheld as long as such histories are included in the tours.

44. Member K is also very concerned that the Office of African American Affairs ("OAAA") at UVA will be undermined. OAAA offers a peer advisor program which has had a notable impact on students' wellbeing and graduation rates. The program is open to all students but is primarily utilized by Black students. The Office also facilitates community building and connection for Black students at UVA, allowing all students to feel that they have a place at UVA.  The OAAA has been a lifeline for Member K because she is often the only Black person in her STEM courses. Given that Black students are a minority on UVA's campus, OAAA is a particularly important resource which facilitates connection and visibility for students who may otherwise feel isolated.  Member K believes OAAA will need to censor and dilute its programs and messaging about race and identity in order to continue receiving space and support from UVA.

<u>Virginia Commonwealth University</u>

45. On March 21, the Virginia Commonwealth University ("VCU") Board of Visitors responded to the Dear Colleague Letter and Frequently Asked Questions document by voting to dissolve VCU's Division of Inclusive Excellence and to direct VCU make changes to comply fully with the law as interpreted by the Title VI documents.

*Member L*

46. Member L is a junior at VCU. She is particularly discouraged by VCU's decision to dissolve the Division of Inclusive Excellence to comply with the Title VI Documents. Days after dissolving the Division, which contained the You First program for first-generation college students, VCU stripped large photographs of current and past members of You First, including Black students, from the walls of the library.

47. Because of this swift action, Member L believes VCU will act quickly to further comply with the Title VI Documents, including by cancelling two courses she is enrolled in for next semester–Introduction to Africana Studies and Black Health Matters–because they address topics related to structural and systemic racism, which the Title VI Documents prohibit. For example, the Black Health Matters course covers social determinants of health in the African American community and examines health inequalities and inequities in the United States. In fact, Member L worries that the Department of African American Studies, which offers those courses, is wholly on the chopping block.

48. Member L has taken several courses on the African American experience, which have allowed her to gain a deeper understanding of her environment, culture, and herself. Cancellation of the African American Studies courses she is enrolled in next semester would therefore not only harm her academic progress, but also her personal development.

*Member M*

45.     On March 21, the Virginia Commonwealth University ("VCU") Board of Visitors responded to the Dear Colleague Letter and Frequently Asked Questions document by voting to dissolve VCU's Division of Inclusive Excellence and to direct VCU make changes to comply fully with the law as interpreted by the Title VI documents.

*Member L*

46.     Member L is a junior at VCU. She is particularly discouraged by VCU's decision to dissolve the Division of Inclusive Excellence to comply with the Title VI Documents. Days after dissolving the Division, which contained the You First program for first-generation college students, VCU stripped large photographs of current and past members of You First, including Black students, from the walls of the library.

47.     Because of this swift action, Member L believes VCU will act quickly to further comply with the Title VI Documents, including by cancelling two courses she is enrolled in for next semester–Introduction to Africana Studies and Black Health Matters–because they address topics related to structural and systemic racism, which the Title VI Documents prohibit. For example, the Black Health Matters course covers social determinants of health in the African American community and examines health inequalities and inequities in the United States. In fact, Member L worries that the Department of African American Studies, which offers those courses, is wholly on the chopping block.

48.     Member L has taken several courses on the African American experience, which have allowed her to gain a deeper understanding of her environment, culture, and herself. Cancellation of the African American Studies courses she is enrolled in next semester would therefore not only harm her academic progress, but also her personal development.

*Member M*

49. Member M is a junior studying special education and believes that VCU's compliance with the Title VI Documents will deprive VCU NAACP members of critical academic and scholarship opportunities.

50. Member M was informed by a professor that at least one course in the Special Education major will not be offered in Fall 2025 as a result of VCU's efforts to comply with the Title VI Documents. The course, "Disability, Diversity, and Human Rights," explores how various populations learn, identify themselves, and connect with the world at large. Member M took the course and found it critical to her development as a student and future special education teacher. She therefore recommended it to other VCU NAACP members who planned to take it next semester, but who will now be deprived of the opportunity.

51. Member M is also concerned that VCU NAACP members who benefited from scholarships given out by the Division of Inclusive Excellence may no longer have access to those funds as a result of the dissolution of the Division, impacting the members' ability to afford their education.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: April __, 2025

Cozy Bailey