

# COMPASS TO 2025 STRATEGIC FRAMEWORK
### STUDENT-CENTERED FOR STUDENT SUCCESS

## GOAL 1
### EDUCATIONAL EXCELLENCE

Challenge and support all students to excel academically by demonstrating the foundational literacies, core knowledge, and transferrable life skills outlined in the VBCPS Graduate Profile.

#### EQUITY EMPHASIS

Identify and address inequities in achievement outcomes by investigating and implementing best practices and seeking innovative solutions.

#### STRATEGIES

1. Pursue opportunities to expand early childhood education offerings.
2. Implement evidence-based literacy instruction and interventions in all elementary classrooms.
3. Further integrate reading and writing across the curriculum and implement a plan for monitoring and improving achievement in these areas.
4. Develop, implement, and monitor a K-12 plan for improving mathematics achievement and enrollment.
5. Incorporate multicultural resources and materials into the curriculum at all levels. *
6. Develop and embed protocols in curriculum that help facilitate effective classroom discussions from multiple perspectives. *
7. Implement and share inclusive teaching practices that foster deeper learning and engagement and are adaptable to diverse student needs with an emphasis on Black males, economically disadvantaged, English learners (ELs), and students with disabilities (SWD). * +
8. Ensure there are explicit connections within the curriculum to the 5Cs and the attributes in the division's Graduate Profile and use the curriculum in all areas of study to support students' acquisition of these skills and attributes.
9. Maintain a balanced assessment system with an emphasis on standards-based, performance-based and student-led assessments to meet internal and external accountability requirements.
10. Strengthen the use of Student Response Teams (SRTs) to provide academic interventions and acceleration for learners at all levels. +

## GOAL 2
### STUDENT WELL-BEING

Create an inclusive learning environment that supports the physical and mental health of all students and strengthens the social-emotional skills they need to become balanced, resilient learners who are personally and socially responsible.

#### EQUITY EMPHASIS

Engage in culturally responsive practices divisionwide. Identify and address inequities in discipline practices by investigating and implementing best practices and seeking innovative solutions.

#### STRATEGIES

1. Provide a safe, welcoming, and inclusive learning environment that is conducive to student learning.
2. More deeply integrate social-emotional learning (SEL) into the PreK-12 curriculum.
3. Engage in culturally responsive practices at the classroom, school, and division level.
4. Increase student participation in school and community activities. +
5. Use responsive practices such as morning meetings and student advisories to support SEL.
6. Develop students' digital wellness by helping students learn to make responsible decisions in their use of technology.
7. Address physical health through nutrition and fitness programs.
8. Implement procedures to systematically address identified behavioral and mental health needs and provide program and service options.
9. Continue to use SRTs and the PBIS framework to provide social, emotional, and behavioral supports to students. +
10. Continue to implement and monitor evidence-based strategies for addressing student attendance.
11. Implement prevention and intervention strategies as alternatives to suspension. * +
12. Increase the number and diversity of mentorship opportunities. * +
13. Amplify student voice through increased opportunities for leadership and input into school-level decisions to ensure a sense of belonging across diverse student groups. * +

## GOAL 3
### STUDENT OWNERSHIP OF LEARNING

Engage all students in rigorous, authentic, and student-centered learning to help them identify their passions, take ownership of their learning, and create a plan for pursuing their postsecondary goals.

#### EQUITY EMPHASIS

Identify and address inequities in learning opportunities for students by investigating and implementing best practices and seeking innovative solutions.

#### STRATEGIES

1. Further promote and expand equitable access to services and programs that support students' future aspirations. * +
2. Increase awareness around entry points and support for students interested in enrolling in advanced coursework and programs. * +
3. Offer supplementary and extended learning experiences at the secondary level to address disparities in advanced coursework participation. * +
4. Partner with students to create inquiry-based and experiential learning opportunities with an emphasis on global, cross-curricular, and real-world connections.
5. Enable student ownership of learning through goal setting and reflection with opportunities to make decisions in the learning process.
6. Refine capacity for transformational learning by providing students with authentic, student-centered learning opportunities for the purpose of developing future-ready learners.
7. Balance the effective and efficient use of technology to meet students' individual needs and allow them to demonstrate their learning.
8. Create and use online portfolios as a place for students to curate artifacts connected to the Graduate Profile to demonstrate their learning and inform the development of their postsecondary goals and signature experiences.
9. Engage all stakeholders in ensuring that all students have an actionable plan for pursuing their postsecondary goals by effectively implementing the Academic and Career Planning (ACP) process K-12.

---

\* High leverage equity strategies from the division's Equity Plan       + High leverage inclusive strategies

Civil Action No. 1:25-cv-01120 (DLF)

# COMPASS TO 2025 STRATEGIC FRAMEWORK
## STUDENT-CENTERED FOR STUDENT SUCCESS

revised 1/23

## GOAL 4
### AN EXEMPLARY, DIVERSIFIED WORKFORCE

Foster a positive working climate that values and invests in a high-quality, diversified workforce who exemplify the division's core values.

### EQUITY EMPHASIS

Place a priority on recruiting, retaining, and promoting a workforce representative of our diverse student population.

### STRATEGIES

1. Remain focused on providing a competitive compensation and benefit plan that includes differentiated compensation for hard to staff position and schools.
2. Revisit the employee evaluation process to ensure it is aligned with the new strategic framework and that it focuses on self-reflection, growth, effective feedback, and coaching.
3. Support intentional, focused, and innovative recruitment and retention efforts to increase the diversity and quality of various applicant pools. [1] *
4. Promote and expand resources to support the health and well-being of all staff.
5. Provide comprehensive onboarding and induction for all staff focused on the division's vision, mission, and core values.
6. Provide a variety of personalized professional learning opportunities to all staff to support their professional growth and implementation of the strategies in Compass to 2025. * +
7. Expand "Grow Your Own" programs to include more staff groups and increase awareness of as well as opportunities for tuition reimbursement.

[1] Encompasses the following high leverage strategies from the division's Equity Plan: Continue to strengthen the recruitment and selection process; Increase employee retention by fostering a positive work environment.
* High leverage equity strategies from the division's Equity Plan
+ High leverage inclusion strategies

## GOAL 5
### MUTUALLY SUPPORTIVE PARTNERSHIPS

Cultivate mutually supportive partnerships — among families, schools, the division, businesses, military, faith-based, civic and city agencies — to support student well-being, enhance real-world learning, and broaden opportunities for career exploration and experience.

### EQUITY EMPHASIS

Strengthen connections and communication with families and students in most need of additional support.

### STRATEGIES

1. Provide a comprehensive structure for defining mutually supportive partnerships, setting expectations, monitoring performance, and measuring equity.
2. Create an accessible partnership database. *
3. Broaden resources and networking opportunities to strengthen the role of the community engagement liaison to further attract, cultivate, and retain partnerships to support student achievement, future aspirations, and well-being.
4. Build partnerships with diverse groups of businesses and organizations to support a variety of learning experiences during and outside of the school day.
5. Partner with local agencies to provide wraparound services for students and families. * +
6. Create an accessible database of translators. *
7. Provide and expand targeted training, support, and resources to all staff on how to communicate effectively with all stakeholders.
8. Showcase educational opportunities, programs, and partnerships within the school division to inform and inspire the VBCPS community at large through multiple channels.
9. Strengthen internal and external communication to more effectively listen and respond to community feedback.

## GOAL 6
### ORGANIZATIONAL EFFECTIVENESS & EFFICIENCY

Pursue the effective and efficient use of division resources, operations, and processes to support the division's vision, mission, and strategic goals.

### EQUITY EMPHASIS

Ensure equitable distribution of human, fiscal, and capital resources across the division.

### STRATEGIES

1. Manage and distribute all resources (human, fiscal, capital) proactively, equitably, and responsibly based on needs.
2. Provide adequate and sustainable human and capital resources. * +
3. Collaborate with community, business, or organizations to leverage resources to support equitable opportunities to level the "playing field". * +
4. Develop and publish an equity data dashboard. *
5. With a continued focus on student-centered decision making, collaboratively develop, measure, and formally review key operating metrics that promote transparency, organizational effectiveness, efficiency, and sustainability.
6. Use data from a variety of reporting mechanisms (e.g. equity audits, program evaluations, fiscal audits, after action reports) to engage in data-informed decision making.
7. Create opportunities for cross-departmental planning and communication to strengthen and align operations.
8. Keep informed of trends and best practices and implement as appropriate to support the division's vision, mission, and strategic goals.
9. Clearly communicate central office functions and points of contact to strengthen the support and services provided to schools, offices, and other departments.
10. Review division processes policies, and regulations and revise as necessary to increase organizational effectiveness and efficiency.
11. Continue to implement safety and security measures to ensure the school division is prepared to effectively prevent and respond to all emergencies that might affect students and staff.

Civil Action No. 1:25-cv-01120 (DLF)