# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE<br>4805 Mt. Hope Drive<br>Baltimore, MD 21215<br><br>    *Plaintiff*,<br>     v.<br>U.S. DEPARTMENT OF EDUCATION,<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202<br><br>LINDA MCMAHON, *in her official capacity as U.S. Secretary of Education*,<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202<br><br>CRAIG TRAINOR, *in his official capacity as Acting Assistant Secretary for Civil Rights of the U.S. Department of Education,*<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202<br><br>    *Defendants*. | **Civil Action No. 1:25-cv-01120 (DLF)** |

### [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

Upon consideration of Plaintiff's motion for a preliminary injunction, the accompanying memorandum, any related responses and replies filed, and the imminent irreparable harm to Plaintiff alleged therein, it is hereby

ORDERED that the motion for a preliminary injunction is GRANTED as follows:

DECLARED, pursuant to 28 U.S.C. §§ 2201 and 2202, that the challenged Title VI Documents listed below are unlawful and unconstitutional:

1) Dear Colleague Letter of February 14, 2025, U.S. Department of Education");
2) "Frequently Asked Questions About Racial Preferences and Stereotypes Under Title VI of the Civil Rights Act" (February 28, 2025);
3) "U.S. Dep't of Educ., Reminder of Legal Obligations Undertaken in Exchange for Receiving Federal Financial Assistance and Request for Certification under Title VI and SFFA v. Harvard" April 3, 2025,

  Further DECLARED that the Title VI Documents are arbitrary and capricious; contrary to constitutional rights; in excess of statutory authority; and without observance of procedure required by law in violation of 5 U.S.C. §§ 706(2)(A)–(D) and ORDERED that the Title VI Documents are set aside as unlawful.

  ORDERED that Defendants and all their officers, employees, and agents ("Enjoined Parties") are enjoined from implementing or enforcing the Title VI Documents.

  This order shall apply to the maximum extent provided for by Fed. R. Civ. P. 65(d)(2) and shall persist until further order of this Court.

_____
THE HON. DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE

SO ORDERED this ___ day of April, 2025.