IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>　　　　Defendants. | Civil No. 1:25-cv-01120 (DLF) |

**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE
PEN AMERICA IN SUPPORT OF PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION**

Pursuant to Local Rule 7(o) of this Court, Movant, PEN AMERICAN CENTER, INC. ("Movant" or "*Amicus*"), by and through undersigned counsel, respectfully move this Court to grant them leave to file an *amicus curiae* brief in support of Plaintiff National Association for the Advancement of Colored People ("Plaintiff") Motion for a Preliminary Injunction. In support of this motion, *Amicus* submits their proposed brief and state as follows:

1.　　PEN American Center, Inc. ("PEN America") is a nonprofit, nonpartisan public-policy organization that sits at the intersection of literature and human rights, seeking to protect free speech and expression for a robust and health democracy. PEN America has extensively researched efforts to suppress the expression of disfavored views in American classrooms and has filed numerous *amicus curiae* briefs in support of academic freedom and the right to speak without fear of reprisal. *See e.g. Mejia v. Edelblut*, No. 24-1690, 2025 WL 455892 (1st Cir. Feb. 3, 2025); *Honeyfund.com, Inc. v. Governor*, 94 F.4th 1272 (11th Cir. 2024).

2. Amicus's proposed brief is relevant to the proper resolution of this case. This brief contextualizes the Office for Civil Rights' ("OCR") February 14th Dear Colleague letter (the "Letter") at issue in this case within the broader context of classroom censorship nationwide. By situating the Letter in its context, the proposed brief highlights the extensive nature of the project to remove certain forms of information from public view and to erase elements of American history. Additionally, Amicus seeks to show that this guidance will likely have the effect of turbocharging educational censorship around the country. As an organization committed to free speech, access to information, and academic freedom, Amicus is compelled to speak out against the Letter.

3. Amicus has provided notice to all parties of their intent to file an amicus curiae brief. This motion is unopposed. Plaintiffs and Defendants consent to the filing of this brief.

4. No party's counsel authored the proposed amicus curiae brief in whole or in part. No party's counsel contributed money to fund the preparation and/or submission of the proposed brief.

## **CONCLUSION**

For the foregoing reasons, Amicus respectfully request that this Court grant the motion for leave to file a brief of amicus curiae.

Dated: April 23, 2025                                        Respectfully Submitted,

        /s/ Marcos Gonzalez

Marcos Gonzalez (Bar: 252859)
GovSpring Legal
1629 K Street NW, Suite 300
Washington D.C. 20006
Telephone: (202) 407-3556
Marcos@govspringlegal.com


*Counsel for Amicus Curiae*

-4-

## **CERTIFICATION OF SERVICE**

      I hereby certify that on April 23, 2025, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

         /s/ Marcos Gonzalez
        Marcos Gonzalez (Bar: 252859)
        GovSpring Legal
        1629 K Street NW, Suite 300
        Washington D.C. 20006
        Telephone: (202) 407-3556
        Marcos@govspringlegal.com

        *Counsel for Amicus Curiae*