# EXHIBIT C

**From:** OCR

**Bcc:** "emackey@alsde.edu"; "deena.bishop@alaska.gov"; "tom.horne@azed.gov"; "jacob.oliva@ade.arkansas.gov"; "tthurmond@cde.ca.gov"; "cordova_s@cde.state.co.us"; "charlene.russell-tucker@ct.gov"; "cindy.marten@doe.k12.de.us"; "antoinette.mitchell@dc.gov"; "manny.diaz@fldoe.org"; "commissioner@fldoe.org"; "richard.woods@doe.k12.ga.us"; "keith.hayashi@k12.hi.us"; "dcritchfield@sde.idaho.gov"; "jwhitworth@edu.idaho.gov"; "tsanders@isbe.net"; "kjenner@doe.in.gov"; "mckenzie.snow@iowa.gov"; "rwatson@ksde.org"; "robbie.fletcher@education.ky.gov"; "cade.brumley@la.gov"; "pender.makin@maine.gov"; "commish.doe@maine.gov"; "carey.wright@maryland.gov"; "patrick.tutwiler@mass.gov"; "ricem6@michigan.gov"; "w.jett@state.mn.us"; "levans@mdek12.org"; "karla.eslinger@dese.mo.gov"; "susie.hedalen@mt.gov"; "brian.maher@nebraska.gov"; "jebert@doe.nv.gov"; "frank.edelblut@doe.nh.gov"; "kevin.dehmer@doe.nj.gov"; "mariana.padilla@ped.nm.gov"; "betty.rosa@nysed.gov"; "maurice.green@dpi.nc.gov"; "kbaesler@nd.gov"; "stephen.dackin@education.ohio.gov"; "ryan.walters@sde.ok.gov"; "charlene.williams@ode.oregon.gov"; "carrowe@pa.gov"; "ra-educationsecretary@pa.gov"; "raices_y@de.pr.gov"; "ramospr@de.pr.gov"; "angelica.infantegreen@ride.ri.gov"; "weweaver@ed.sc.gov"; "joseph.graves@state.sd.us"; "lizzette.reynolds@tn.gov"; "commissioner@tea.texas.gov"; "sydnee.dickson@schools.utah.gov"; "zoie.saunders@vermont.gov"; "emilyanne.gullickson@doe.virginia.gov"; "chris.reykdal@k12.wa.us"; "mjblatt@k12.wv.us"; "superintendent@k12.wv.us"; "jill.underly@dpi.wi.gov"; "dpistatesuperintendent@dpi.wi.gov"; "superintendent24@wyo.gov"; "samasoni.asaeli@doe.as"; "keswanson@gdoe.net"; "lawrencef.camacho@cnmipss.org"; "pss.coe@cnmipss.org"; "dionne.wells@vide.vi"; "lakyser@alsde.edu"; "kathijo.jolin@alaska.gov"; "madelyn.loftus@azed.gov"; "kelly.griffin@ade.arkansas.gov"; "jeanderson@cde.ca.gov"; "lramirez@cde.ca.gov"; "york_m@cde.state.co.us"; "am.hitchery@ct.gov"; "patricia.zielen@doe.k12.de.us"; "maisha.hayes@dc.gov"; "erin.oconnor2@fldoe.org"; "qprice@doe.k12.ga.us"; "claudia_asato-onaga@notes.k12.hi.us"; "nhui@sde.idaho.gov"; "kclarke@isbe.net"; "award1@doe.in.gov"; "tana.mullen@iowa.gov"; "mauldridge@ksde.org"; "stacy.ball@education.ky.gov"; "sabre.masters@la.gov"; "lisa.sparr@maryland.gov"; "ruth.downs@maryland.gov"; "anibal.f.santiago@mass.gov"; "carefootk@michigan.gov"; "centersd1@michigan.gov"; "marquetta.stokes@state.mn.us"; "ddouglas@mdek12.org"; "rellis@mde.k12.ms.us"; "brette.frank@dese.mo.gov"; "amiee.meyer@dese.mo.gov"; "daniell.redden@mt.gov"; "andrea.boring@nebraska.gov"; "angie.castellanos@doe.nv.gov"; "jennifer.lindsey@doe.nv.gov"; "angela.adams@doe.nh.gov"; "diana.c.krol@doe.nh.gov"; "helene.leona@doe.nj.gov"; "seana.flanagan@ped.nm.gov"; "laura.walker@nysed.gov"; "loraine.felder@dpi.nc.gov"; "jillschwab@nd.gov"; "carolyn.jones@education.ohio.gov"; "danielle.miller@education.ohio.gov"; "lexie.flanagan@sde.ok.gov"; "michelle.goodness@ode.oregon.gov"; "ldishong@pa.gov"; "karworley@pa.gov"; "lopezde@de.pr.gov"; "colleen.brophy@ride.ri.gov"; "dfmyrick@ed.sc.gov"; "kristin.berger@state.sd.us"; "crista.whitney@tn.gov"; "andrea.winkler@tea.texas.gov"; "cheri.rieben@schools.utah.gov"; "maureen.galdys@vermont.gov"; "suzanne.sprague@vermont.gov"; "shannon.henry@doe.virginia.gov"; "amber.palmer@k12.wa.us"; "dvermill@k12.wv.us"; "kelly.behling@dpi.wi.gov"; "cynthia.valdez1@gmail.com"; "rita.watson@wyo.gov"; "liaa@doe.as"; "manauta@gdoe.net"; "kimberly.camacho@cnmipss.org"; "lorna.freeman@vide.vi"

**Subject:** Department of Education Title VI Compliance Certification

**Date:** Thursday, April 3, 2025 9:30:43 AM

**Attachments:** 04-03-25 Title VI Certification Letter.pdf

---

Within ten (10) days, please sign and return the attached certification along with the certifications of your Local Education Agencies (LEAs). Furthermore, within these ten (10) days, please report the signature status for each of your LEAs, any compliance issues found within your LEAs, and your proposed enforcement plans for those LEAs.

Thank you for your prompt attention to this matter.