**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL ASSOCIATION FOR THE AD-
VANCEMENT OF COLORED PEOPLE,

*Plaintiff,*

v.                                                    No. 1:25-cv-01120-DLF

U.S. DEPARTMENT OF EDUCATION, et al.,

*Defendants.*

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE
STUDENTS FOR FAIR ADMISSIONS IN OPPOSITION TO PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION[1]**

Pursuant to Local Rule 7(o), Students for Fair Admissions (SFFA) respectfully moves this

Court for leave to file an *amicus curiae* brief in support of Defendants with respect to Plaintiff's motion

for a preliminary injunction. Dkt.13. In support of its motion, SFFA submits its proposed brief and

states as follows:

1.        Students for Fair Admissions is a nonprofit dedicated to defending human and civil

rights secured by law, including the right to be free from discrimination on the basis of race in higher-

education admissions. SFFA is a membership group of more than 20,000 students, parents, and others

who believe that racial classifications and preferences in college admissions are unfair, unnecessary,

and unconstitutional. SFFA was the plaintiff in the landmark case challenging the use of race in ad-

missions by Harvard College and the University of North Carolina. *See Students for Fair Admissions, Inc.*

*v. President & Fellows of Harvard Coll.*, 600 U.S. 181 (2023).

SFFA has a strong interest in this case. *Students for Fair Admissions* is one of the most important

civil rights cases in the Supreme Court's history. It reaffirmed one of our country's "foundational

---

[1] Per Local Rule 7(m) and Local Rule 7(o), counsel for Students for Fair Admissions asked
counsel for Plaintiff and Defendants for consent to file an *amicus curiae* brief. Plaintiff and Defendants
consent.

principle[s]—the absolute equality of all citizens of the United States politically and civilly before their own laws." *Id.* at 201 (cleaned up). SFFA is strongly opposed to the relief the Plaintiffs request—*viz.*, a nationwide injunction that prohibits the federal government from enforcing the decision.

2.     Here, SFFA's brief will aid the Court by explaining why the challenged Dear Colleague Letter and Frequently Asked Questions do nothing more than restate the requirements of the Equal Protection Clause and Title VI, both before and after the Supreme Court's decision in *Students for Fair Admissions*. As the plaintiff in that case, SFFA has a particular interest in ensuring it is followed. SFFA can offer a unique perspective on why these guidance documents do not misconstrue the law or suppress any First Amendment-protected speech, and why Plaintiff's equal protection argument fails. *See Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) ("An *amicus* brief should normally be allowed when … the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.") (citation omitted).

3.     No party's counsel authored the proposed *amicus curiae* brief in whole or in part.

4.     No party or party's counsel contributed money to fund the preparation and/or submission of the proposed brief.

5.     No person other than the *amicus curiae*, its members, or its counsel contributed money to fund the preparation and/or submission of the proposed brief.

**CONCLUSION**

For the foregoing reasons, the Court should grant this motion for leave to file an *amicus curiae* brief.

Dated: April 23, 2025

Respectfully submitted,

*/s/ J. Michael Connolly*
Thomas R. McCarthy (DC Bar #489651)
J. Michael Connolly (DC Bar #995815)
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com

*Counsel for Students for Fair Admissions*

**CERTIFICATE OF SERVICE**

On April 23, 2025, I e-filed this motion and its attachments with the Court via ECF, which

will email everyone requiring service.

Dated: April 23, 2025                    */s/ J. Michael Connolly*
                                          Counsel for Students for Fair Admissions