IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>*Defendants*. | No. 1:25-cv-01120-DLF |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF**

Before the Court is the Motion of Students for Fair Admissions for Leave to File a Brief as Amicus Curiae in support of Defendants' opposition to Plaintiff's motion for Preliminary Injunction.

It is hereby ORDERED that the Motion [Dkt. No. _____] is GRANTED. The clerk is directed to file the brief (which was attached to the motion as Exhibit A).

Dated: _____, 2025

_____
Dabney L. Friedrich
United States District Judge
District of Columbia