UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.<br><br>*Defendants*. | Case No.: 1:25-cv-01120-DLF |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated April 24, 2025 directing the parties to "file a joint status report . . . proposing a schedule for further proceedings," the parties state as follows:

1. Counsel for the plaintiff and defendants met and conferred regarding a schedule on Wednesday, April 30, 2025.

2. The plaintiff will file its amended complaint by May 9, 2025.

3. The defendants will file either an answer or a motion to dismiss the plaintiff's amended complaint by June 23, 2025.

4. The plaintiff will respond by July 14, 2025.

5. The defendants will reply by August 4, 2025.

6. The plaintiff believes that discovery is necessary and would propose that the parties hold their Rule 26(f) conference by May 23, 2025, with initial disclosures due by June 6, 2025.

7. The defendants do not believe discovery is necessary.

| | |
|---|---|
| Date: May 1, 2025 | Respectfully submitted, |
| | |
| CHAD MIZELLE | /s/ *Michaele N. Turnage Young* |
| Acting Associate Attorney General | Jin Hee Lee, D.C. Bar No. 1740850 |
| | Michaele N. Turnage Young, DC Bar No. 242398 |
| ABHISHEK KAMBLI | Morgan Humphrey |
| Deputy Associate Attorney General | NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC |
| YAAKOV M. ROTH | 700 14th Street N.W., Ste. 600 |
| Acting Assistant Attorney General | Washington, D.C. 20005 |
| Civil Division | (202) 682-1300 |
| | jlee@naacpldf.org |
| ELIZABETH TULIS | mturnageyoung@naacpldf.org |
| Assistant Director | mhumphrey@naacpldf.org |
| Civil Division, Federal Programs Branch | |
| | Katrina Feldkamp |
| /s/ *Eitan R. Sirkovich* | Allison Scharfstein |
| EITAN R. SIRKOVICH | Lauren Carbajal |
| Trial Attorney, U.S. Department of Justice | NAACP LEGAL DEFENSE AND |
| Civil Division, Federal Programs Branch | EDUCATIONAL FUND, INC. |
| 1100 L Street, N.W. | 40 Rector Street, 5th Floor |
| Washington, D.C. 20005 | New York, New York 10006 |
| Telephone: (202) 353-5525 | (212) 965-2200 |
| E-mail: eitan.r.sirkovich@usdoj.gov | kfeldkamp@naacpldf.org |
| | ascharfstein@naacpldf.org |
| *Attorneys for Defendants* | lcarbajal@naacpldf.org |
| | |
| | *Attorneys for Plaintiff* |