UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *Plaintiff*, v. UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, *Defendants*. | Case No. 1:25-cv-01120-DLF |

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants hereby move to dismiss Plaintiff's first-amended complaint. The grounds for Defendants' motion are set forth in the accompanying memorandum of law. For the reasons explained in that memorandum, Defendants respectfully request that the Court grant Defendants' motion.

Dated: June 23, 2025

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

ABHISHEK KAMBLI
Deputy Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DIANE KELLEHER
Director
Civil Division, Federal Programs Branch

/s/ *James J. Wen*
JAMES J. WEN
EITAN R. SIRKOVICH
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 598-7361
E-mail: james.j.wen@usdoj.gov

*Counsel for Defendants*