UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01120-DLF |

**[PROPOSED] ORDER**

    Having considered Defendants' Motion to Dismiss, in addition to all responses and replies filed thereto,

    IT IS HEREBY ORDERED THAT Defendant's Motion is GRANTED, and Plaintiffs' Complaint is DISMISSED.

Dated: _____                                   _____
                                                         Dabney L. Friedrich
                                                         United States District Judge

i