# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, LINDA MCMAHON *in her official capacity as U.S. Secretary of Education*, and CRAIG TRAINOR, *in his official capacity as Acting Assistant Secretary for Civil Rights of the U.S. Department of Education,*<br><br>*Defendants*. | Civil Action No. 25-1120 (DLF) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Dismiss, ECF No. 36, Plaintiff's Memorandum in Opposition, and the Defendants' reply, it is, this ____ day of _____, hereby ORDERED that Defendants' Motion is DENIED.

_____
Hon. Dabney L. Friedrich
U.S. District Judge