# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.<br><br>*Defendants*. | Case No.: 1:25-cv-01120-DLF |

## CERTIFICATION OF THE ADMINISTRATIVE RECORD

I, Candice Jackson, Deputy General Counsel at U.S. Department of Education ("agency"), certify that the attached list of the contents of the administrative record is to the best of my knowledge a true, correct, and complete copy of the non-privileged information that was directly or indirectly considered in connection with the agency's decision to issue the April 3, 2025, Reminder of Legal Obligations Undertaken in Exchange for Receiving Federal Financial Assistance and Request for Certification under Title VI and *SFFA v. Harvard*, which is the subject of the above-captioned lawsuit.

Executed this 24th day of November 2025 in Washington, D.C.

_____

Candice Jackson
Deputy General Counsel
U.S. Department of Education